UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MICHAEL CHATFIELD** | **Docket No. 1:18-CR-11** <br> **JUDGE MATTICE** <br> **MAGISTRATE JUDGE STEGER** |

### MOTION TO ALLOW TRAVEL OUTSIDE THE EASTERN DISTRICT OF TENNESSEE

Comes now the Defendant, Michael Chatfield, by and through undersigned counsel, and respectfully moves this Honorable Court grant permission to Mr. Chatfield to travel outside of the Eastern District of Tennessee. In support of this motion, Mr. Chatfield avers:

1. The Court's Order Setting Conditions of Release was filed on January 6, 2018, and orders Mr. Chatfield to remain in the Eastern District of Tennessee. [Doc. 6, p. 4, ¶ (8)(i)]. Mr. Chatfield has two longstanding travel commitments and seeks the Court's permission to travel outside the Eastern District of Tennessee on two occasions.

2. Mr. Chatfield's brother is graduating from pharmacy school at Lipscomb University in Nashville, Tennessee, on May 5, 2018. Mr. Chatfield wishes to leave the morning of May 5th to attend the 10:30 am graduation and return in the late afternoon on the same day.

3. Mr. Chatfield's family has a planned vacation in Destin, Florida, scheduled for May 12-19, 2018. Mr. Chatfield would be staying in a rental home with his father, mother, wife, sister, brother, and sister-in-law.

4. Mr. Chatfield has demonstrated compliance thus far with the terms of his pretrial supervision, including the condition that he surrender his passport. [Doc. 6, p. 4, ¶ (8)(g)]. Furthermore, Mr. Chatfield remains on a $30,000 unsecured bond which the Court has previously determined would reasonably assure Mr. Chatfield's appearance in accordance with 18 U.S.C. § 3142(b). [Doc. 6, p. 1, ¶ (6)(a)].

5. Both of these trips are demonstrative of Mr. Chatfield's strong connection with his Chattanooga-based family and is indicative of his strong family ties in the Eastern District of Tennessee. See 18 U.S.C. § 3142(g)(3)(A).

6. Undersigned counsel has communicated with Assistant United States Attorney Perry Piper regarding this matter and is authorized to represent to this Court that the United States has no opposition to this motion.

For the foregoing reasons, Mr. Chatfield respectfully requests that this Court grant permission for him to travel outside of the Eastern District of Tennessee to Nashville, Tennessee, on May 5, 2018, and to Destin, Florida, on May 12-19, 2018.

Respectfully submitted this 18th day of April, 2018.

*s/ David M. Eldridge*
DAVID M. ELDRIDGE (BPR # 012408)
ZACHARY R. WALDEN (BPR #035376)
ELDRIDGE & BLAKNEY, P.C.
The Cherokee Building
400 West Church Avenue, Suite 101
Knoxville, Tennessee 37902
(865) 544-2010

*Attorneys for Michael Chatfield*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      This 18th day of April, 2018.

*s/ David M. Eldridge*
DAVID M. ELDRIDGE