AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Jerry Wayne Wilkerson, et. al. | Case Number: 1:18-cr-11 |

| PRESIDING JUDGE<br>Harry S. Mattice, Jr. | PLAINTIFF'S ATTORNEY<br>Perry Piper and Frank Clark | DEFENDANT'S ATTORNEY<br>See minutes |
|---|---|---|
| TRIAL DATE (S)<br>9/11/2019 - 9/12/2019 | COURT REPORTER<br>Shannan Andrews | COURTROOM DEPUTY<br>Stefanie Capetz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 9/11/2019 | | | Daniel Adam Staten, sworn |
| 17 | | 9/11/2019 | y | y | Signature Letter from AUSA's office to Staten |
| 2604 | | 9/11/2019 | y | y | email from 6/18/14 from Hindmon*(Conditionally admitted) |
| 2602 | | 9/11/2019 | y | y | email from 5/9/14 from Burnette*(Conditionally admitted) |
| 2605 | | 9/11/2019 | y | y | email 5/8/14 from Staten*(Conditionally admitted) |
| 2606 | | 9/11/2019 | y | y | email from 5/13/14 from Staten*(Conditionally admitted) |
| 2607 | | 9/11/2019 | y | y | email from 10/15/14 from Hindmon*(Conditionally admitted) |
| 2608 | | 9/11/2019 | y | y | email from 6/10/14 from Staten*(Conditionally admitted) |
| 2603 | | 9/11/2019 | y | y | email from 7/16/14 from Staten*(Conditionally admitted) |
| 2609 | | 9/11/2019 | y | y | email from 7/14/14 from Hindmon*(Conditionally admitted) |
| 2610 | | 9/11/2019 | y | y | email from 5/21/14 from Staten*(Conditionally admitted) |
| 2611 | | 9/11/2019 | y | y | email from 6/9/14 from Staten*(Conditionally admitted) |
| 2612 | | 9/11/2019 | y | y | email from 11/10/14 from Hindmon*(Conditionally admitted) |
| 2613 | | 9/11/2019 | y | y | email from 8/16/14 from Hindmon |
| 2614 | | 9/11/2019 | y | y | email from 5/20/14 from Hindmon*(Conditionally admitted) |
| 2615 | | 9/11/2019 | y | y | email from 5/12/14 from Staten*(Conditionally admitted) |
| 2616 | | 9/11/2019 | y | y | email from 10/27/14 from Staten*(Conditionally admitted) |
| 327 | | 9/11/2019 | y | y | Bank of America Statement of BTG (Hindmon)*(Conditionally admitted) |
| 331 | | 9/11/2019 | y | y | Bank of America Statements*(Conditionally admitted) |
| 1406 | | 9/11/2019 | y | y | Check to DAS Marketing*(Conditionally admitted) |
| 1405 | | 9/11/2019 | y | y | Commission Report*(Conditionally admitted) |
| 1415 | | 9/11/2019 | y | y | DAS FPS Nov. Comm. Report-BTG (Hindmon)*(Conditionally admitted) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | vs. | Jerry Wayne Wilkerson, et. al. | CASE NO. 1:18-cr-11 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2601 | | 9/11/2019 | y | y | DAS Production DAS FPS Nov. Comm. Report*(Conditionally admitted) |
| | H1A | 9/11/2019 | y | y | List of Creams (H=Defendant Hindmon) |
| | H1 | 9/11/2019 | y | y | April 23, 2014 email |
| | H2 | 9/11/2019 | y | y | 6/4/14 email |
| | H2A | 9/11/2019 | y | y | Comm. Report of Staten May 2014 |
| | H45 | 9/11/2019 | y | y | 7/16/14 email |
| | H47 | 9/11/2019 | y | y | 8/20/14 email from Hindmon |
| 2605 | | 9/11/2019 | y | y | 2605a - email from 5/8/2014*(Conditionally admitted) |
| 2605 | | 9/11/2019 | y | y | 2605b - email from 5/8/2014*(Conditionally admitted) |
| W-2 | | 9/11/2019 | | | Debra Foster, sworn |
| 168 | | 9/11/2019 | y | y | D. Foster patient info 4/3/14 |
| 169 | | 9/11/2019 | y | y | D. Foster patient info 4/24/14 |
| W-3 | | 9/11/2019 | | | George Foster, Jr., sworn |
| 110 | | 9/11/2019 | y | y | G. Foster patient info 4/3/14 |
| 113 | | 9/11/2019 | y | y | G. Foster patient info 4/24/14 |
| | C2 | 9/11/2019 | y | y | Check to G. Foster |
| | C3 | 9/11/2019 | y | y | Check to Foster Financial |
| W-4 | | 9/12/2019 | | | Dawn Steele, sworn |
| 106 | | 9/12/2019 | y | y | D. Steele patient form |
| 337 | | 9/12/2019 | y | y | Check to Steele 6/17/14 |
| W-5 | | 9/12/2019 | | | Nelson Steele, sworn |
| 107 | | 9/12/2019 | y | y | N. Steele patient form |
| W-6 | | 9/12/2019 | | | Kim Terry, sworn |
| 18 | | 9/12/2019 | y | y | Handwritten notes by K. Terry |
| 306 | | 9/12/2019 | y | y | Bank of America(BOA) Prod. 6-17-14 |
| W-7 | | 9/12/2019 | | | Noah Bowling, sworn |
| 171 | | 9/12/2019 | y | y | N. Bowling patient sheet |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA vs. Jerry Wayne Wilkerson, et. al. | | | | | CASE NO. 1:18-cr-11 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 170 | | 9/12/2019 | y | y | Luke Bowling patient sheet |
| 125 | | 9/12/2019 | y | y | H. Bowling patient sheet |
| 127 | | 9/12/2019 | y | y | S. Bowling patient sheet |
| 123 | | 9/12/2019 | y | y | E. Bowling patient sheet |
| W-8 | | 9/12/2019 | | | Emma Bowling, sworn |
| W-9 | | 9/12/2019 | | | Susanne Bowling, sworn |
| W10 | | 9/12/2019 | | | Hal Bowling, sworn |
| W11 | | 9/12/2019 | | | Hunter Magnuson, sworn |
| 172 | | 9/12/2019 | y | y | signature of NP |