| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-17 | USAO Docs_Ex. 17 Staten Kastigar Letter | No |
| Gov-18-cr11govt2605a | DAS Prod_Email re Creams (full email) | No |
| Gov-18-cr11govt2605b | DAS Prod_Email re Creams (highlights) | No |
| Gov-106 | Willow Prod_Ex. 106 Dawn Steele RX | No |
| Gov-107 | Willow Prod_Ex. 107 Nelson Steele RX | No |
| Gov-110 | Willow Prod_Ex. 110 4-03-2014 GF RX to Willow | No |
| Gov-113 | Willow Prod_Ex. 113 4-24-14 GF rx to Willow | No |
| Gov-123 | Willow Prod_Ex. 123 5-29-14 EB RX to Willow | No |
| Gov-125 | Willow Prod_Ex. 125 5-29-14 HB RX to Willow | No |
| Gov-127 | Willow Prod_Ex. 127 5-29-14 SB RX to Willow | No |
| Gov-168 | Willow Prod_Ex. 168_4-3-2014 Debra Foster RX to Willow | No |
| Gov-169 | Willow Prod_Ex. 169 4-24-2014 Debra Foster RX to Willow | No |
| Gov-306 | BOA Prod_Ex. 306 6-17-2014 Wire from TT to Terry Transport | No |
| Gov-327 | BOA Prod_Ex. 327 12-05-2014 Wire from BTG to DAS | No |
| Gov-331 | BOA Prod_Ex. 331 1-07-2015 Wire from BTG to DAS | No |
| Gov-337 | BOA Check_Ex. 337 #0992 from Terry Transport to DS | No |
| Gov-1405 | BTG Prod_Ex. 1405 DAS May Commissions | No |
| Gov-1406 | BTG Prod_Ex. 1406_6-20-2014 Check from BTG to DAS | No |
| Gov-1415 | BTG Prod_Ex. 1415 DAS FPS Nov Commissions | No |
| Gov-2601 | DAS Prod_Ex. 2601 DAS FPS November Commissions | No |
| Gov-2602 | DAS Prod_Ex. 2602 Email from Heather Burnette | No |
| Gov-2603 | DAS Prod_Ex. 2603 Email re Alyssa McDonald | No |
| Gov-2604 | DAS Prod_Ex. 2604 Email re Buisness Info | No |
| Gov-2605 | DAS Prod_Ex. 2605 Email re Creams | No |
| Gov-2606 | DAS Prod_Ex. 2606 Email re Heather Burnette Creams | No |
| Gov-2607 | DAS Prod_Ex. 2607 Email re Ingredients | No |
| Gov-2608 | DAS Prod_Ex. 2608 Email re Jillian Lynn | No |
| Gov-2609 | DAS Prod_Ex. 2609 Email re New Script Pad | No |
| Gov-2610 | DAS Prod_Ex. 2610 Email re Peeps I have Signed Up | No |
| Gov-2611 | DAS Prod_Ex. 2611 Email re Rachel Majors | No |
| Gov-2612 | DAS Prod_Ex. 2612 Email re Report | No |
| Gov-2613 | DAS Prod_Ex. 2613 Email re Sales Process | No |
| Gov-2614 | DAS Prod_Ex. 2614 Email re The Consent Form | No |
| Gov-2615 | DAS Prod_Ex. 2615 Email re Topical Creams | No |
| Gov-2616 | DAS Prod_Ex. 2616 Email re Webber | No |
| Gov-govt-170 | | No |
| Gov-govt-171 | | No |

| | | |
|---|---|---|
| Gov-govt-172warepatient | | No |
| Gov-govt-18 | | No |
| Def-ChatfieldExhib-2 | | No |
| Def-ChatfieldExhib-3 | | No |
| Def-Exhibit-142314TheCream | Hindmon Ex. 1 | No |
| Def-Exhibit-26414EmailtoSt | Hindmon Ex. 2 | No |
| Def-4 Hindmon-Exhibit-1a42314TheCrea | | No |
| Def-4 Hindmon-Exhibit-2a6414StatenMa | | No |
| Def-4 Hindmon-Exhibit-45DAS5670 | | No |
| Def-4 Hindmon-Exhibit-47DAS7879 | | No |