# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

UNITED STATES OF AMERICA

V.

Wilkerson, et. al.

**WITNESS LIST**

Case Number: 1:18-cr-11

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harry S. Mattice, Jr. | Perry Piper and Frank Clark | See Courtroom Minutes |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 9/17/2019-9/18/2019 | Shannan Andrews | Stefanie Capetz |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| W-12 | | 9/17/2019 | Heather Fryar, sworn |
| W-13 | | 9/17/2019 | Zachary Rice, sworn |
| W-14 | | 9/17/2019 | Rachel Franklin, sworn |
| W-15 | | 9/17/2019 | James Allen, sworn |
| W-16 | | 9/17/2019 | James Chatfield, sworn |
| W-17 | | 9/17/2019 | Dena Chatfield, sworn |
| W-18 | | 9/18/2019 | Maria Valadez, sworn |
| W-19 | | 9/18/2019 | Bradley Wurster, sworn |
| W-20 | | 9/18/2019 | Dawn Montgomery, sworn |
| *37 | | 9/18/2019 | *Exhibit 37 conditionally admitted* - text message |