| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-5-ValadezProd918 | | No |
| Gov-6-ValadezProd918 | | No |
| Gov-7-ValadezProdWil | | No |
| Gov-19-JimChatfieldPr | | No |
| Gov-23-RachelMajorsFS | | No |
| Gov-24-RiceProdChrist | | No |
| Gov-26-ZachRiceExecut | | No |
| Gov-27-ZachRiceKastig | | No |
| Gov-32-FosterProd | 2014 Form 1099 for Heather Wyatt | No |
| Gov-33-FosterProd | 2015 Form 1099 for Heather Wyatt | No |
| Gov-34-FosterProd | Invoice and Documents in Package | No |
| Gov-36-CompulsionOrde | | No |
| Gov-37-DMontgomeryPro | | No |
| Gov-119-WillowProd_512 | | No |
| Gov-121-WillowProducti | | No |
| Gov-122-WillowProducti | | No |
| Gov-140-WillowProd_528 | | No |
| Gov-141-WillowProd_Mar | | No |
| Gov-142-WillowProd_528 | | No |
| Gov-143-WillowProd_Emi | | No |
| Gov-144-WillowProd_529 | | No |
| Gov-145-WillowProd_529 | | No |
| Gov-146-WillowProd_Mar | | No |
| Gov-147-WillowProd_529 | | No |
| Gov-148-WillowProd_529 | | No |

| | | |
|---|---|---|
| Gov-149-WillowProd_Vic | | No |
| Gov-150-WillowProd_529 | | No |
| Gov-151-WillowProd_Eli | | No |
| Gov-152-WillowProd_529 | | No |
| Gov-153-WillowProd_Cas | | No |
| Gov-173-WillowProdRach | | No |
| Gov-177-WillowProdRach | | No |
| Gov-179-WillowProdGavi | | No |
| Gov-809-RegionProd_Che | | No |
| Gov-838-RegionsProd_Ch | | No |
| Gov-1313-CentralProd_10 | | No |
| Gov-1314-CentralProd_10 | | No |
| Gov-1315-CentralProd_11 | | No |
| Gov-1324-CentralProdMic | | No |
| Gov-1511-JCMProdBOAExtr | | No |
| Gov-1905-DCISDocsZachRi | | No |
| Gov-1907-DCISDocsSignat | | No |
| Gov-2309-FPSProd_RiceRX | | No |
| Gov-2310-FPSProd_924204 | | No |
| Gov-2611 | DAS Prod_Ex. 2611 Email re Rachel Majors | No |
| Gov-2701-VergotProdJame | | No |
| Gov-2702-AVergotProdZac | | No |
| Gov-2702-VergotProdZach | | No |
| Gov-2703-VergotProdBrad | | No |
| Def-Hindmon-49 | | No |
| Def-montgomery-1 | | No |
| Def-montgomery-2 | | No |
| Def-Montgomery-3118cr11 | | No |