# UNITED STATES DISTRICT COURT

__EASTERN__  DISTRICT OF  __TENNESSEE__

UNITED STATES OF AMERICA

v.

Wilkerson, et. al.

**WITNESS LIST**

Case Number: 1:18-cr-11

| PRESIDING JUDGE<br>Harry S. Mattice, Jr. | PLAINTIFF'S ATTORNEY<br>Perry Piper and Frank Clark | DEFENDANT'S ATTORNEY<br>See Courtroom Minutes |
|---|---|---|
| TRIAL DATE (S)<br>9/25/2019-9/26/2019 | COURT REPORTER<br>Shannan Andrews(9/25), Amye Guinn(9/26) | COURTROOM DEPUTY<br>Stefanie Capetz |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| W-21 | | 9/25/2019 | George Striker, sworn |
| W-22 | | 9/26/2019 | Matthew Perkins, sworn |
| W-23 | | 9/26/2019 | Sydney Patterson, sworn |
| W-24 | | 9/26/2019 | Candace Michele Craven, sworn |
| E722 | | 9/26/2019 | **Govt. ex. 722 audio- ID ONLY** |
| E2112 | | 9/25/2019 | **Govt. Ex. 2112 transcripts-ID ONLY** |