| EXHIBIT | DESCRIPTION | RLS |
| --- | --- | --- |
| Gov-2-GJDocsPatterso | | No |
| Gov-11-DobsonProdArma | | No |
| Gov-12-DobsonProdElij | | No |
| Gov-13-DobsonProdKoom | | No |
| Gov-14-DobsonProdMarq | | No |
| Gov-28-SootheProdGeor | | No |
| Gov-30-GJDocsMatthewP | | No |
| Gov-31-GJDocsMatthewP | | No |
| Gov-38-USADocs | George Striker Kastigar Letter | No |
| Gov-40-USADocs | George Striker Plea Agreement | No |
| Gov-42-USADocs | Candace Craven Plea Agreement | No |
| Gov-46-USADocs | George Striker SEALED Plea Supplement | No |
| Gov-47-USADocs | Candace Craven SEALED Plea Supplement | No |
| Gov-48-USADocs | Highlighted Transcript Conversation 2-10-15 JC MC GS | No |
| Gov-101-WillowProd4031 | | No |
| Gov-102-WillowProd4430 | | No |
| Gov-112-WillowProd | 4-08-14 MC RX to Willow | No |
| Gov-115-WillowProd_424 | | No |
| Gov-117-WillowProd_507 | | No |
| Gov-129-_WillowProd_38 | | No |
| Gov-131-WillowProd_551 | | No |
| Gov-133-WillowProd_512 | | No |
| Gov-135-WillowProd_530 | | No |
| Gov-172-WillowProd_RXw | | No |
| Gov-174-WillowProdAver | | No |

| | | |
|---|---|---|
| Gov-175-WillowProdGeor | | No |
| Gov-176-WillowProdVale | | No |
| Gov-212-ESIProd_FPSCer | | No |
| Gov-221-ESIProdStriker | | No |
| Gov-223-ESIProd | Summary of Perkins-recruited Claims Data | No |
| Gov-224-ESIProd | Summary of Claims re Striker Customers | No |
| Gov-419-WilkersonProd | Email re Matt's FPS Nov Report | No |
| Gov-420-WilkersonProd | FPS Dec Report | No |
| Gov-421-WilkersonProd | Fwd FPS Dec | No |
| Gov-422-WilkersonProd | Jan Soothe Report Matt Perkins | No |
| Gov-424-WilkersonProd | Patient Information | No |
| Gov-603-FTBProd_322201 | | No |
| Gov-604-FTBProd_425201 | | No |
| Gov-605-FTBProd_505201 | | No |
| Gov-606-FTBProd_515201 | | No |
| Gov-723-FDADocs | Summary of First Tennessee Deposits | No |
| Gov-813-RegionsProd_KL | | No |
| Gov-814-RegionsProd_12 | | No |
| Gov-815-RegionsProd_12 | | No |
| Gov-817-RegionsProd_20 | | No |
| Gov-819-RegionsProd_31 | | No |
| Gov-820-RegionsProd_32 | | No |
| Gov-823-RegionsProd | 4-08-2015 Wire from KLN to MP | No |
| Gov-840-RegionsProdChe | | No |
| Gov-841-RegionsProdChe | | No |
| Gov-842-RegionsProdChe | | No |
| Gov-843-RegionsProdChe | | No |
| Gov-844-RegionsProdChe | | No |

| | | |
|---|---|---|
| Gov-845-RegionsProdChe | | No |
| Gov-846-RegionsProdChe | | No |
| Gov-847-RegionsProdChe | | No |
| Gov-848-RegionsProdChe | | No |
| Gov-849-RegionsProdChe | | No |
| Gov-850-RegionsProdChe | | No |
| Gov-851-RegionsProdChe | | No |
| Gov-852-RegionsProdChe | | No |
| Gov-853-RegionsProdChe | | No |
| Gov-854-RegionsProdChe | | No |
| Gov-855-RegionsProdChe | | No |
| Gov-856-RegionsProdChe | | No |
| Gov-1319-CentralProdAve | | No |
| Gov-1320-CentralProdGeo | | No |
| Gov-1321-CentralProdJos | | No |
| Gov-1323-CentralProdVal | | No |
| Gov-1330-CentralProdBay | | No |
| Gov-1331-ACentralProdBi | | No |
| Gov-1331-CentralProdBil | | No |
| Gov-2101-StrikerProd_St | | No |
| Gov-2102-_StrikerProd91 | | No |
| Gov-2103-StrikerProd_91 | | No |
| Gov-2104-_StrikerProd_9 | | No |
| Gov-2105-StrikerProd_92 | | No |
| Gov-2106-StrikerProd_10 | | No |
| Gov-2108-StrikerProdEma | | No |
| Gov-2112-A | Striker Prod_Clip 1 03_20 to 05_17 | No |
| Gov-2112-B | Striker Prod_Clip 2 page 7-9 time 12_09 to 15_21 | No |
| Gov-2112-C | Striker Prod_Clip 3 page 13 time 20_52 to 21_09 | No |
| Gov-2112-D | Striker Prod_Clip 4 page 13 time 23_07 to 24_25 | No |

| | | |
|---|---|---|
| Gov-2112-E | Striker Prod_Clip 5 page 17 time 29_55 to 30_55 | No |
| Gov-2112-F | Striker Prod_Clip 6 page 19-23 time 33_08 to 40_52 | No |
| Gov-2112-G | Striker Prod_Clip 7 page 23-24 time 43_17 to 44_40 | No |
| Gov-2112-H | Striker Prod_Clip 8 page 27 time 49_35 to 50_03 | No |
| Gov-2112-I | Striker Prod_Clip 9 page 28 time 51_20 to 52_13 | No |
| Gov-2112-J | Striker Prod_Clip 10 page 31-32 time 56_30 to 58_35 | No |
| Gov-2112-K | Striker Prod_Clip 11 page 36-37 time 1_04_55 to 1_06_44 | No |
| Gov-2112-L | Striker Prod_Clip 12 page 40-41 time 1_16-04 to 1_16_58 | No |
| Gov-2112-M | Striker Prod_Clip 13 page 42 time 01_17_50 to 01_18_15 | No |
| Gov-2112-N | Striker Prod_Clip 14 page 45-46 time 1_23_14 to 1_24_32 | No |
| Gov-2112-O | Striker Prod_Clip 15 page 58-59 time 1_46_30 to 1_47_52 | No |
| Gov-2301-FPSProd_103020 | | No |
| Gov-2311-FPSProdGeorgeS | | No |
| Gov-2312-FPSProdValerie | | No |
| Gov-2317-FPSProdBayleeW | | No |
| Gov-2318-FPSProd | Skylar White RX to FPS | No |
| Gov-2502-PerkinsProdPer | | No |
| Gov-2704-AVergotProd | Matthew Perkins Patient Info Form | No |
| Def-Wilkerson-1 | | No |
| Def-Wilkerson-2 | | No |
| Def-Wilkerson-3 | | No |
| Def-Wilkerson-4 | | No |