# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |

| UNITED STATES OF AMERICA | **WITNESS LIST** |
|---|---|
| V. | |
| Wilkerson, et. al. | Case Number: 1:18-cr-11 |

| PRESIDING JUDGE<br>Harry S. Mattice, Jr. | PLAINTIFF'S ATTORNEY<br>Perry Piper and Frank Clark | DEFENDANT'S ATTORNEY<br>See Courtroom Minutes |
|---|---|---|
| TRIAL DATE (S)<br>10/1/2019-10/3/2019 | COURT REPORTER<br>Shannan Andrews | COURTROOM DEPUTY<br>Stefanie Capetz |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| W25 | | 10/1/2019 | James Gogue, sworn |
| W26 | | 10/1/2019 | Joshua Morgan, sworn |
| W27 | | 10/1/2019 | Joshua Linz, sworn |
| W28 | | 10/2/2019 | Katie Calloway, sworn |
| 3 | | 10/2/2019 | Ex. 3 text message b/w Calloway and Montgomery-conditionally admitted* |
| W29 | | 10/2/2019 | Amanda Morgan-Booker, sworn |
| W30 | | 10/2/2019 | Ryan McGowan, sworn |
| W31 | | 10/2/2019 | Heather Burnette, sworn |
| W32 | | 10/2/2019 | Krista Torrance, sworn |
| W33 | | 10/3/2019 | Nicholas Quincey, sworn |
| W34 | | 10/3/2019 | Steven McCall, sworn |