| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-3-KatherineCallo | |
| Gov-4-McGowanProd060 | |
| Gov-8-_UCBProd_11620 | |
| Gov-21-AmandaBookerKa | |
| Gov-22-AmandaBookerUs | |
| Gov-41-USADocs | Josh Morgan Plea Agreement |
| Gov-43-USADocs | Ryan McGowan Kastigar Letter |
| Gov-45-SootheProd | Ryan McGowan RX to Soothe |
| Gov-51-JoshMorganProd | |
| Gov-52-JoshMorganProd | |
| Gov-137-WillowProd_528 | |
| Gov-154-WillowProd_530 | |
| Gov-178-WillowProdJosh | |
| Gov-181-WillowProdRyan | |
| Gov-182-WillowProdDonM | |
| Gov-183-WillowProdJami | |
| Gov-184-WillowProdKare | |
| Gov-187-WillowProd | Katherine Callaway Ins. Info |
| Gov-341-BOAProd1052015 | |
| Gov-342-BOAProd2042014 | |
| Gov-343-BOAProd3042015 | |
| Gov-344-BOAProd4072015 | |
| Gov-345-BOAProd5222015 | |
| Gov-346-BOAProd6302014 | |
| Gov-347-BOAProd8032015 | |

| | |
|---|---|
| Gov-348-BOAProd1152014 | |
| Gov-349-BOAProd1202201 | |
| Gov-350-BOAProd1205201 | |
| Gov-351-BOAProdCheck10 | |
| Gov-352-BOAProdCheck10 | |
| Gov-353-BOAProdCheck50 | |
| Gov-703-FDADocs_PHIPha | |
| Gov-704-FDADocs_PHIPha | |
| Gov-705-FDADocs_PHIPha | |
| Gov-706-FDADocs_PHIPha | |
| Gov-707-FDADocs_PHIPha | |
| Gov-725-FDADocs | Analysis of Integrimed and ARM transactions |
| Gov-726-FDADocs | Claims re Booker and referrals |
| Gov-727-FDADocs | Summary of Willow Cmpnd Detail |
| Gov-728-FDADocs | Summary of Central Rexall 1905732 |
| Gov-729-FDADocs | Copy of Soothe Compounding |
| Gov-804-RegionsProd_10 | |
| Gov-805-RegionsProd_11 | |
| Gov-806-RegionsProd_12 | |
| Gov-807-RegionsProd_42 | |
| Gov-808-RegionsProd_60 | |
| Gov-810-RegionsProd_12 | |
| Gov-824-RegionsProd_Ch | |
| Gov-825-RegionsProd_Ch | |
| Gov-826-RegionsProd_Ch | |
| Gov-829-RegionsProd_12 | |
| Gov-830-RegionsProd_11 | |
| Gov-839-RegionsProd_Ch | |
| Gov-858-RegionsProd_Wi | |
| Gov-905-SummitCPAProd_ | |

| | |
|---|---|
| Gov-906-SummitCPAProd_ | |
| Gov-907-SummitCPAProd_ | |
| Gov-908-SummitCPAProd_ | |
| Gov-909-SummitCPAProd_ | |
| Gov-1309-CentralProd_Jo | |
| Gov-1326-CentralProdFax | |
| Gov-1329-CentralProdRya | |
| Gov-1512-JCMProd | Nich Quincey Patient Info |
| Gov-2304-FPSProd_LinzRX | |
| Gov-2315-FPSProd_Jamiso | |
| Gov-2316-FPSProd_RyanMc | |
| Def-ChatfieldExhib-11 | |
| Def-ChatfieldExhib-13 | |