1    IN THE UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF TENNESSEE

3    AT CHATTANOOGA
     ----------------------------------------------------------
4                                    :
     UNITED STATES OF AMERICA,       :
5                                    :
              Plaintiff,             :
6    -versus-                        :          CR-1-18-11
                                     :
7    JERRY WAYNE WILKERSON,          :
     MICHAEL CHATFIELD, KASEY        :
8    NICHOLSON, BILLY HINDMON and    :
     JAYSON MONTGOMERY,              :
9                                    :
              Defendants.            :
10   ----------------------------------------------------------
                                          Chattanooga, Tennessee
11                                        March 4, 2020
              BEFORE:  THE HONORABLE HARRY S. MATTICE, JR.,
12                     UNITED STATES DISTRICT JUDGE
     APPEARANCES:
13
              FOR THE PLAINTIFF:
14
              PERRY H. PIPER, and
15            FRANKLIN PEARSON CLARK
              Assistant United States Attorneys
16            1110 Market Street, Suite 301
              Chattanooga, Tennessee 37402
17

18            FOR THE DEFENDANT WILKERSON:

19            MARK STEPHEN THOMAS, of
              Thomas Health Law Group, PA
20            5200 SW 91st Terrace, Suite 101-B
              Gainesville, Florida 32608
21                             -and-
              SETH A. SCHWARTZ, of
22            Schwartz Law Group
              10365 Hood Road South, Number 104
23            Jacksonville, Florida 32257

24                             VERDICT

25

```
 1

 2          FOR THE DEFENDANT MICHAEL CHATFIELD:

 3          DAVID M. ELDRIDGE, and
            ZACHARY R. WALDEN, of
 4          Eldridge & Blakney PC
            400 West Church Avenue, Suite 101
 5          Knoxville, Tennessee 37902

 6          FOR THE DEFENDANT KASEY NICHOLSON:

 7          BRIAN O'SHAUGHNESSY, of
            O'Shaughnessy & Carter
 8          735 Broad Street, Suite 1000
            Chattanooga, Tennessee 37402

 9

10          FOR THE DEFENDANT BILLY HINDMON:

11          GIANNA MAIO, and
            JACKSON WHETSEL, of
12          Federal Defender Services of Eastern Tennessee
            One Central Plaza, Suite 600
13          835 Georgia Avenue
            Chattanooga, Tennessee 37402

14

15          FOR THE DEFENDANT JAYSON MONTGOMERY:

16          R. DEE HOBBS, of
            Hamilton County Attorneys Office
17          204 County Courthouse
            625 Georgia Avenue
18          Chattanooga, Tennessee 37402

19

20

21

22

23

24

25
```

```
 1                THE COURT:  All right.  Welcome back, everyone.  Do

 2      all of the defendants have a copy of the blank verdict form?

 3                Counsel, is there anything that we need to take up

 4      before the verdict is read?

 5                MR. PIPER:  No, Your Honor.

 6                MR. HOBBS:  I don't think so, Your Honor.

 7                MR. ELDRIDGE:  I don't think so.

 8                THE COURT:  All right.  Ms. Capetz, would you read

 9      the verdict?

10                THE CLERK:  The Court finds the following:

11                Question 1:  With respect to the charge in Count 1

12      of the indictment for conspiracy to commit healthcare fraud,

13      the Court finds the defendant, Jerry Wayne Wilkerson, guilty.

14                With respect to the charge in Count 1 of the

15      indictment for conspiracy to commit healthcare fraud, the

16      Court finds the defendant, Michael Chatfield, guilty.

17                With respect to the charge in Count 1 of the

18      indictment for conspiracy to commit healthcare fraud, the

19      Court finds the defendant, Kasey Nicholson, not guilty.

20                (Brief pause.)

21                THE COURT:  Ms. Capetz, would you like me to read

22      the verdict?

23                THE CLERK:  Yes.

24                THE COURT:  Okay.  Those are the first -- those are

25      the first three questions.
```

1    Okay.  With respect to the charge in Count 1 of the

2 indictment for conspiracy to commit healthcare fraud, the

3 Court finds the defendant, Billy Hindmon, guilty.

4    With respect to the charge in Count 1 of the

5 indictment for conspiracy to commit healthcare fraud, the

6 Court finds the defendant, Jayson Montgomery, not guilty.

7    With respect to the charge in Count 2 of the

8 indictment for wire fraud, the Court finds the defendant,

9 Jerry Wayne Wilkerson, guilty.

10    With respect to the charge in Count 3 of the

11 indictment for wire fraud, the Court finds the defendant,

12 Jerry Wayne Wilkerson, guilty.

13    With respect to the charge in Count 4 of the

14 indictment for wire fraud, the Court finds the defendant,

15 Jerry Wayne Wilkerson, guilty.

16    With respect to the charge in Count 5 of the

17 indictment for wire fraud, the Court finds the defendant,

18 Jerry Wayne Wilkerson, not guilty.

19    With respect to the charge in Count 6 of the

20 indictment for wire fraud, the Court finds the defendant,

21 Jerry Wayne Wilkerson, guilty.

22    With respect to the charge in Count 7 of the

23 indictment for wire fraud, the Court finds the defendant,

24 Jerry Wayne Wilkerson, guilty.

25    With respect to the charge in Count 8 of the

1    indictment for wire fraud, the Court finds the defendant,

2    Jerry Wayne Wilkerson, guilty.

3              With respect to the charge in Count 9 of the

4    indictment for wire fraud, the Court finds the defendant,

5    Jerry Wayne Wilkerson, guilty.

6              With respect to the charge in Count 10 of the

7    indictment for wire fraud, the Court finds the defendant,

8    Jerry Wayne Wilkerson, guilty.

9              With respect to the charge in Count 11 of the

10   indictment for wire fraud, the Court finds the defendant,

11   Jerry Wayne Wilkerson, guilty.

12             With respect to the charge in Count 12 of the

13   indictment for wire fraud, the Court finds the defendant,

14   Jerry Wayne Wilkerson, guilty.

15             With respect to the -- with respect to the charge in

16   Count 13 of the indictment for wire fraud, the Court finds the

17   defendant, Jerry Wayne Wilkerson, guilty.

18             With respect to the charge in Count 14 of the

19   indictment for wire fraud, the Court finds the defendant,

20   Jerry Wayne Wilkerson, guilty.

21             With respect to the charge in Count 15 of the

22   indictment for wire fraud, the Court finds the defendant,

23   Jerry Wayne Wilkerson, guilty.

24             With respect to the charge in Count 16 of the

25   indictment for wire fraud, the Court finds the defendant,

1    Jerry Wayne Wilkerson, guilty.

2              With respect to the charge in Count 17 of the

3    indictment for wire fraud, the Court finds the defendant,

4    Jerry Wayne Wilkerson, guilty.

5              With respect to the charge in Count 18 of the

6    indictment for wire fraud, the Court finds the defendant,

7    Jerry Wayne Wilkerson, guilty.

8              With respect to the charge in Count 19 of the

9    indictment for wire fraud, the Court finds the defendant,

10   Jerry Wayne Wilkerson, guilty.

11             With respect to the charge in Count 20 of the

12   indictment for wire fraud, the Court finds the defendant,

13   Jerry Wayne Wilkerson, guilty.

14             With respect to the charge in Count 21 of the

15   indictment for wire fraud, the Court finds the defendant,

16   Jerry Wayne Wilkerson, guilty.

17             With respect to the charge in Count 22 of the

18   indictment for wire fraud, the Court finds the defendant,

19   Jerry Wayne Wilkerson, guilty.

20             With respect to the charge in Count 23 of the

21   indictment for wire fraud, the Court finds the defendant,

22   Jerry Wayne Wilkerson, guilty.

23             With respect to the charge in Count 24 of the

24   indictment for wire fraud, the Court finds the defendant,

25   Michael Chatfield, guilty.

1    With respect to the charge in Count 25 of the

2 indictment for wire fraud, the Court finds the defendant,

3 Michael Chatfield, guilty.

4    With respect to the charge in Count 26 of the

5 indictment for wire fraud, the Court finds the defendant,

6 Michael Chatfield, guilty.

7    With respect to the charge in Count 27 of the

8 indictment for wire fraud, the Court finds the defendant,

9 Michael Chatfield, guilty.

10    With respect to the charge in Count 28 of the

11 indictment for wire fraud, the Court finds the defendant,

12 Michael Chatfield, guilty.

13    With respect to the charge in Count 29 of the

14 indictment for wire fraud, the Court finds the defendant,

15 Michael Chatfield, guilty.

16    With respect to the charge in Count 30 of the

17 indictment for wire fraud, the Court finds the defendant,

18 Michael Chatfield, guilty.

19    With respect to the charge in Count 31 of the

20 indictment for wire fraud, the Court finds the defendant,

21 Michael Chatfield, guilty.

22    With respect to the charge in Count 32 of the

23 indictment for wire fraud, the Court finds the defendant,

24 Michael Chatfield, guilty.

25    With respect to the charge in Count 33 of the

1  indictment for wire fraud, the Court finds the defendant,

2  Michael Chatfield, guilty.

3           With respect to the charge in Count 34 of the

4  indictment for wire fraud, the Court finds the defendant,

5  Michael Chatfield, not guilty.

6           With respect to the charge in Count 35 of the

7  indictment for wire fraud, the Court finds the defendant,

8  Michael Chatfield, not guilty.

9           With respect to the charge in Count 36 of the

10  indictment for wire fraud, the Court finds the defendant,

11  Michael Chatfield, not guilty.

12           With respect to the charge in Count 37 of the

13  indictment for wire fraud, the Court finds the defendant,

14  Michael Chatfield, guilty.

15           With respect to the charge in Count 38 of the

16  indictment for wire fraud, the Court finds the defendant,

17  Michael Chatfield, not guilty.

18           With respect to the charge in Count 39 of the

19  indictment for wire fraud, the Court finds the defendant,

20  Michael Chatfield, not guilty.

21           With respect to the charge in Count 40 of the

22  indictment for wire fraud, the Court finds the defendant,

23  Michael Chatfield, guilty.

24           With respect to the charge in Count 41 of the

25  indictment for wire fraud, the Court finds the defendant,

1  Michael Chatfield, not guilty.

2          With respect to the charge in Count 42 of the

3  indictment for wire fraud, the Court finds the defendant,

4  Michael Chatfield, guilty.

5          With respect to the charge in Count 43 of the

6  indictment for wire fraud, the Court finds the defendant,

7  Michael Chatfield, guilty.

8          With respect to the charge in Count 44 of the

9  indictment for wire fraud, the Court finds the defendant,

10  Michael Chatfield, guilty.

11          With respect to the charge in Count 45 of the

12  indictment for wire fraud, the Court finds the defendant,

13  Michael Chatfield, guilty.

14          With respect to the charge in Count 46 of the

15  indictment for wire fraud, the Court finds the defendant,

16  Michael Chatfield, guilty.

17          With respect to the charge in Count 47 of the

18  indictment for wire fraud, the Court finds the defendant,

19  Michael Chatfield, guilty.

20          With respect to the charge in Count 48 of the

21  indictment for wire fraud, the Court finds the defendant,

22  Michael Chatfield, guilty.

23          With respect to the charge in Count 49 of the

24  indictment for wire fraud, the Court finds the defendant,

25  Kasey Nicholson, not guilty.

1    With respect to the charge in Count 50 of the

2  indictment for wire fraud, the Court finds the defendant,

3  Kasey Nicholson, not guilty.

4    With respect to the charge in Count 51 of the

5  indictment for wire fraud, the Court finds the defendant,

6  Kasey Nicholson, not guilty.

7    With respect to the charge in Count 52 of the

8  indictment for wire fraud, the Court finds the defendant,

9  Kasey Nicholson, not guilty.

10    With respect to the charge in Count 53 of the

11  indictment for wire fraud, the Court finds the defendant,

12  Kasey Nicholson, guilty.

13    With respect to the charge in Count 54 of the

14  indictment for wire fraud, the Court finds the defendant,

15  Kasey Nicholson, guilty.

16    With respect to the charge in Count 55 of the

17  indictment for wire fraud, the Court finds the defendant,

18  Kasey Nicholson, guilty.

19    With respect to the charge in Count 56 of the

20  indictment for wire fraud, the Court finds the defendant,

21  Kasey Nicholson, guilty.

22    With respect to the charge in Count 57 of the

23  indictment for wire fraud, the Court finds the defendant,

24  Kasey Nicholson, guilty.

25    With respect to the charge in Count 58 of the

1  indictment for wire fraud, the Court finds the defendant,

2  Kasey Nicholson, guilty.

3        With respect to the charge in Count 59 of the

4  indictment for wire fraud, the Court finds the defendant,

5  Kasey Nicholson, guilty.

6        With respect to the charge in Count 60 of the

7  indictment for wire fraud, the Court finds the defendant,

8  Billy Hindmon, guilty.

9        With respect to the charge in Count 61 of the

10 indictment for wire fraud, the Court finds the defendant,

11 Billy Hindmon, guilty.

12       With respect to the charge in Count 62 of the

13 indictment for wire fraud, the Court finds the defendant,

14 Billy Hindmon, guilty.

15       With respect to the charge in Count 63 of the

16 indictment for wire fraud, the Court finds the defendant,

17 Billy Hindmon, guilty.

18       With respect to the charge in Count 64 of the

19 indictment for wire fraud, the Court finds the defendant,

20 Billy Hindmon, guilty.

21       With respect to the charge in Count 65 of the

22 indictment for wire fraud, the Court finds the defendant,

23 Billy Hindmon, guilty.

24       With respect to the charge in Count 66 of the

25 indictment for wire fraud, the Court finds the defendant,

1    Billy Hindmon, guilty.

2            With respect to the charge in Count 67 of the

3    indictment for wire fraud, the Court finds the defendant,

4    Billy Hindmon, guilty.

5            With respect to the charge in Count 68 of the

6    indictment for wire fraud, the Court finds the defendant,

7    Billy Hindmon, guilty.

8            With respect to the charge in Count 69 of the

9    indictment for wire fraud, the Court finds the defendant,

10   Billy Hindmon, guilty.

11           With respect to the charge in Count 70 of the

12   indictment for wire fraud, the Court finds the defendant,

13   Billy Hindmon, guilty.

14           With respect to the charge in Count 71 of the

15   indictment for wire fraud, the Court finds the defendant,

16   Billy Hindmon, guilty.

17           With respect to the charge in Count 72 of the

18   indictment for wire fraud, the Court finds the defendant,

19   Billy Hindmon, guilty.

20           With respect to the charge in Count 73 of the

21   indictment for wire fraud, the Court finds the defendant,

22   Billy Hindmon, guilty.

23           With respect to the charge in Count 74 of the

24   indictment for wire fraud, the Court finds the defendant,

25   Billy Hindmon, guilty.

1          With respect to the charge in Count 75 of the

2   indictment for wire fraud, the Court finds the defendant,

3   Billy Hindmon, guilty.

4          With respect to the charge in Count 67 -- 76 of the

5   indictment for wire fraud, the Court finds the defendant,

6   Billy Hindmon, guilty.

7          With respect to the charge in Count 77 of the

8   indictment for wire fraud, the Court finds the defendant,

9   Billy Hindmon, guilty.

10          With respect to the charge in Count 78 of the

11   indictment for wire fraud, the Court finds the defendant,

12   Billy Hindmon, guilty.

13          With respect to the charge in Count 79 of the

14   indictment for wire fraud, the Court finds the defendant,

15   Billy Hindmon, guilty.

16          With respect to the charge in Count 80 of the

17   indictment for wire fraud, the Court finds the defendant,

18   Billy Hindmon, guilty.

19          With respect to the charge in Count 81 of the

20   indictment for wire fraud, the Court finds the defendant,

21   Billy Hindmon, guilty.

22          With respect to the charge in Count 82 of the

23   indictment for wire fraud, the Court finds the defendant,

24   Jayson Montgomery, not guilty.

25          With respect to the charge in Count 83 of the

1    indictment for wire fraud, the Court finds the defendant,

2    Jayson Montgomery, not guilty.

3           With respect to the charge in Count 84 of the

4    indictment for wire fraud, the Court finds the defendant,

5    Jayson Montgomery, not guilty.

6           With respect to the charge in Count 85 of the

7    indictment for wire fraud, the Court finds the defendant,

8    Jayson Montgomery, not guilty.

9           With respect to the charge in Count 86 of the

10   indictment for wire fraud, the Court finds the defendant,

11   Jayson Montgomery, not guilty.

12          With respect to the charge in Count 87 of the

13   indictment for wire fraud, the Court finds the defendant,

14   Jayson Montgomery, not guilty.

15          With respect to the charge in Count 88 of the

16   indictment for wire fraud, the Court finds the defendant,

17   Jayson Montgomery, not guilty.

18          With respect to the charge in Count 89 of the

19   indictment for wire fraud, the Court finds the defendant,

20   Jayson Montgomery, not guilty.

21          With respect to the charge in Count 90 of the

22   indictment for wire fraud, the Court finds the defendant,

23   Jayson Montgomery, not guilty.

24          With respect to the charge in Count 91 of the

25   indictment for wire fraud, the Court finds the defendant,

1    Jayson Montgomery, not guilty.

2             With respect to the charge in Count 92 of the

3    indictment for wire fraud, the Court finds the defendant,

4    Jayson Montgomery, not guilty.

5             With respect to the charge in Count 93 of the

6    indictment for wire fraud, the Court finds the defendant,

7    Jayson Montgomery, not guilty.

8             With respect to the charge in Count 94 of the

9    indictment for wire fraud, the Court finds the defendant,

10   Jayson Montgomery, not guilty.

11            With respect to the charge in Count 95 of the

12   indictment for wire fraud, the Court finds the defendant,

13   Jayson Montgomery, not guilty.

14            With respect to the charge in Count 96 of the

15   indictment for wire fraud, the Court finds the defendant,

16   Jayson Montgomery, not guilty.

17            With respect to the charge in Count 97 of the

18   indictment for wire fraud, the Court finds the defendant,

19   Jayson Montgomery, not guilty.

20            With respect to the charge in Count 98 of the

21   indictment for wire fraud, the Court finds the defendant,

22   Jayson Montgomery, not guilty.

23            With respect to the charge in Count 99 of the

24   indictment for wire fraud, the Court finds the defendant,

25   Jayson Montgomery, not guilty.

1        With respect to the charge in Count 100 of the

2   indictment for wire fraud, the Court finds the defendant,

3   Jayson Montgomery, not guilty.

4        With respect to the charge in Count 101 of the

5   indictment for wire fraud, the Court finds the defendant,

6   Jayson Montgomery, not guilty.

7        With respect to the --

8        (Brief pause.)

9        With respect to the charge in Count 102 of the

10  indictment for wire fraud, the Court finds the defendant,

11  Jayson Montgomery, not guilty.

12       With respect to the charge in Count 103 of the

13  indictment for wire fraud, the Court finds the defendant,

14  Jayson Montgomery, not guilty.

15       With respect to the charge in Count 104 of the

16  indictment for wire fraud, the Court finds the defendant,

17  Jayson Montgomery, not guilty.

18       With respect to the charge in Count 105 of the

19  indictment for wire fraud, the Court finds the defendant,

20  Jayson Montgomery, not guilty.

21       With respect to the charge in Count 106 of the

22  indictment for wire fraud, the Court finds the defendant,

23  Jayson Montgomery, not guilty.

24       With respect to the charge in Count 107 of the

25  indictment for wire fraud, the Court finds the defendant,

1    Jayson Montgomery, not guilty.

2            With respect to the charge in Count 108 of the

3    indictment for wire fraud, the Court finds the defendant,

4    Jayson Montgomery, not guilty.

5            With respect to the charge in Count 109 of the

6    indictment for mail fraud, the Court finds the defendant,

7    Jerry Wayne Wilkerson, guilty.

8            With respect to the charge in Count 110 of the

9    indictment for mail fraud, the Court finds the defendant,

10   Jerry Wayne Wilkerson, guilty.

11           With respect to the charge in Count 111 of the

12   indictment for mail fraud, the Court finds the defendant,

13   Jerry Wayne Wilkerson, guilty.

14           With respect to the charge in Count 112 of the

15   indictment for mail fraud, the Court finds the defendant,

16   Jerry Wayne Wilkerson, guilty.

17           With respect to the charge in Count 113 of the

18   indictment for mail fraud, the Court finds the defendant,

19   Jerry Wayne Wilkerson, guilty.

20           With respect to the charge in Count 114 of the

21   indictment for mail fraud, the Court finds the defendant,

22   Michael Chatfield, guilty.

23           With respect to the charge in Count 115 of the

24   indictment for mail fraud, the Court finds the defendant,

25   Michael Chatfield, guilty.

1        With respect to the charge in Count 116 of the
2    indictment for mail fraud, the Court finds the defendant,
3    Michael Chatfield, guilty.
4        With respect to the charge in Count 117 of the
5    indictment for mail fraud, the Court finds the defendant,
6    Michael Chatfield, guilty.
7        With respect to the charge in Count 1 -- with
8    respect to the charge in Count 118 of the indictment for mail
9    fraud, the Court finds the defendant, Michael Chatfield,
10   guilty.
11       With respect to the charge in Count 119 of the
12   indictment for mail fraud, the Court finds the defendant,
13   Michael Chatfield, guilty.
14       With respect to the charge in Count 120 of the
15   indictment for mail fraud, the Court finds the defendant,
16   Michael Chatfield, guilty.
17       With respect to the charge in Count 121 of the
18   indictment for mail fraud, the Court finds the defendant,
19   Michael Chatfield, not guilty.
20       With respect to the charge in Count 122 of the
21   indictment for mail fraud, the Court finds the defendant,
22   Michael Chatfield, not guilty.
23       With respect to the charge in Count 123 of the
24   indictment for mail fraud, the Court finds the defendant,
25   Michael Chatfield, guilty.

1      With respect to the charge in Count 124 of the

2  indictment for mail fraud, the Court finds the defendant,

3  Kasey Nicholson, not guilty.

4      With respect to the charge in Count 125 of the

5  indictment for mail fraud, the Court finds the defendant,

6  Kasey Nicholson, not guilty.

7      With respect to the charge in Count 126 of the

8  indictment for mail fraud, the Court finds the defendant,

9  Kasey Nicholson, not guilty.

10      With respect to the charge in Count 127 of the

11  indictment for mail fraud, the Court finds the defendant,

12  Kasey Nicholson, not guilty.

13      With respect to the charge in Count 128 of the

14  indictment for mail fraud, the Court finds the defendant,

15  Kasey Nicholson, not guilty.

16      With respect to the charge in Count 129 of the

17  indictment for mail fraud, the Court finds the defendant,

18  Kasey Nicholson, not guilty.

19      With respect to the charge in Count 130 of the

20  indictment for mail fraud, the Court finds the defendant,

21  Billy Hindmon, guilty.

22      With respect to the charge in Count 131 of the

23  indictment for mail fraud, the Court finds the defendant,

24  Billy Hindmon, not guilty.

25      With respect to the charge in Count 132 of the

1   indictment for mail fraud, the Court finds the defendant,

2   Billy Hindmon, not guilty.

3          With respect to the charge in Count 133 of the

4   indictment for mail fraud, the Court finds the defendant,

5   Billy Hindmon, not guilty.

6          With respect to the charge in Count 134 of the

7   indictment for mail fraud, the Court finds the defendant,

8   Billy Hindmon, not guilty.

9          With respect to the charge in Count 135 of the

10  indictment for health care fraud, the Court finds the

11  defendant, Jerry Wayne Wilkerson, guilty.

12         With respect to the charge in Count 136 of the

13  indictment for health care fraud, the Court finds the

14  defendant, Jerry Wayne Wilkerson, guilty.

15         With respect to the charge in Count 137 of the

16  indictment for health care fraud, the Court finds the

17  defendant, Michael Chatfield, guilty.

18         With respect to the charge in Count 138 of the

19  indictment for health care fraud, the Court finds the

20  defendant, Kasey Nicholson, guilty.

21         With respect to the charge in Count 139 of the

22  indictment for health care fraud, the Court finds the

23  defendant, Billy Hindmon, guilty.

24         With respect to the charge in Count 140 of the

25  indictment for health care fraud, the Court finds the

1  defendant, Jayson Montgomery, not guilty.

2          With respect to the charge in Count 141 of the

3  indictment for payment of illegal remuneration, the Court

4  finds the defendant, Jerry Wayne Wilkerson, guilty.

5          The Court -- the government dismissed Count 142 of

6  the indictment for payment of illegal remuneration.

7          With respect to the charge in Count 143 of the

8  indictment for payment of illegal remuneration, the Court

9  finds the defendant, Jerry Wayne Wilkerson, guilty.

10          With respect to the charge in Count 144 of the

11  indictment for payment of illegal remuneration, the Court

12  finds the defendant, Jerry Wayne Wilkerson, guilty.

13          With respect to the charge in Count 145 of the

14  indictment for payment of illegal remuneration, the Court

15  finds the defendant, Jerry Wayne Wilkerson, guilty.

16          With respect to the charge in Count 146 of the

17  indictment for payment of illegal remuneration, the Court

18  finds the defendant, Jerry Wayne Wilkerson, guilty.

19          With respect to the charge in Count 147 of the

20  indictment for payment of illegal remuneration, the Court

21  finds the defendant, Michael Chatfield, guilty.

22          With respect to the charge in Count 148 of the

23  indictment for payment of illegal remuneration, the Court

24  finds the defendant, Michael Chatfield, guilty.

25          With respect to the charge in Count 149 of the

1  indictment for payment of illegal remuneration, the Court

2  finds the defendant, Michael Chatfield, guilty.

3          With respect to the charge in Count 150 of the

4  indictment for payment of illegal remuneration, the Court

5  finds the defendant, Michael Chatfield, guilty.

6          With respect to the charge in Count 141 of -- I'm

7  sorry.  With respect to the charge in Count 151 of the

8  indictment for payment of illegal remuneration, the Court

9  finds the defendant, Kasey Nicholson, guilty.

10          With respect to the charge in Count 152 of the

11  indictment for payment of illegal remuneration, the Court

12  finds the defendant, Kasey Nicholson, not guilty.

13          With respect to the charge in Count 153 of the

14  indictment for payment of illegal remuneration, the Court

15  finds the defendant, Kasey Nicholson, guilty.

16          With respect to the charge in Count 154 of the

17  indictment, for payment of illegal remuneration, the Court

18  finds the defendant, Kasey Nicholson, guilty.

19          With respect to the charge in Count 155 of the

20  indictment for payment of illegal remuneration, the Court

21  finds the defendant, Billy Hindmon, guilty.

22          With respect to the charge in Count 156 of the

23  indictment for payment of illegal remuneration, the Court

24  finds the defendant, Billy Hindmon, guilty.

25          With respect to the charge in Count 157 of the

indictment for receipt of illegal remuneration, the Court

finds the defendant, Jerry Wayne Wilkerson, guilty.

With respect to the charge in Count 158 of the

indictment for receipt of illegal remuneration, the Court

finds the defendant, Jerry Wayne Wilkerson, guilty.

With respect to the charge in Count 159 of the

indictment for receipt of illegal remuneration, the Court

finds the defendant, Jerry Wayne Wilkerson, guilty.

The government dismissed Count 160 of the indictment

for receipt of illegal remuneration.

With respect to the charge in 1 -- with respect to

the charge in Count 161 of the indictment for receipt of

illegal remuneration, the Court finds the defendant, Michael

Chatfield, guilty.

With respect to the charge in Count 162 of the

indictment for receipt of illegal remuneration, the Court

finds the defendant, Kasey Nicholson, guilty.

With respect to the charge in Count 163 of the

indictment for receipt of illegal remuneration, the Court

finds the defendant, Kasey Nicholson, guilty.

With respect to the charge in Count 164 of the

indictment for receipt of illegal remuneration, the Court

finds the defendant, Billy Hindmon, guilty.

With respect to the charge in Count 165 of the

indictment for receipt of illegal remuneration, the Court

1    finds the defendant, Billy Hindmon, guilty.

2            With respect to the charge in Count 166 of the

3    indictment for receipt of illegal remuneration, the Court

4    finds the defendant, Jayson Montgomery, guilty.

5            With respect to the charge in Count 167 of the

6    indictment for receipt of illegal remuneration, the Court

7    finds the defendant, Jayson Montgomery, guilty.

8            With respect to the charge in Count 168 of the

9    indictment for aggravated identity theft, the Court finds the

10   defendant, Michael Chatfield, not guilty.

11           With respect to the charge in Count 169 of the

12   indictment for aggravated identity theft, the Court finds the

13   defendant, Michael Chatfield, not guilty.

14           With respect to the charge in Count 170 of the

15   indictment for aggravated identity theft, the Court finds the

16   defendant, Michael Chatfield, not guilty.

17           With respect to the charge in Count 171 of the

18   indictment for aggravated identity theft, the Court finds the

19   defendant, Michael Chatfield, not guilty.

20           With respect to the charge in Count 172 of the

21   indictment for money laundering, the Court finds the

22   defendant, Jerry Wayne Wilkerson, guilty.

23           With respect to the charge in Count 173 of the

24   indictment for money laundering, the Court finds the

25   defendant, Michael Chatfield, guilty.

1          With respect to the charge in Count 174 of the

2    indictment for money laundering, the Court finds the

3    defendant, Michael Chatfield, guilty.

4          With respect to the charge in Count 175 of the

5    indictment for money laundering, the Court finds the

6    defendant, Michael Chatfield, guilty.

7          With respect to the charge in Count 176 of the

8    indictment for money laundering, the Court finds the

9    defendant, Michael Chatfield, guilty.

10         With respect to the charge in Count 170 -- with

11   respect to the charge in Count 177 of the indictment for money

12   laundering, the Court finds the defendant, Michael Chatfield,

13   guilty.

14         With respect to the charge in Count 178 of the

15   indictment for conspiracy to commit money laundering, mail

16   fraud, wire fraud, and health care fraud, the Court finds the

17   defendant, Billy Hindmon, not guilty.

18         With respect to the charge in Count 178 of the

19   indictment for conspiracy to commit money laundering, mail

20   fraud, wire fraud, and health care fraud, the Court finds the

21   defendant, Jayson Montgomery, not guilty.

22         All right.  That's the verdict.

23         Ms. Capetz, would you record, file and record the

24   verdict of record, please?  You've got the signed copy.

25         All right.  Each of the defendants having been found

guilty of one or more counts in the indictment I'm going to
set a date for sentencing of, I believe this is a Monday,
Monday, June 8, 2020.  Why don't we go ahead and set that for
9:00 a.m. that day, and we'll continue for as long as is
needed.  Monday, June 8, 2020.

I need to ask the government.  Is there any
objection to permitting all defendants to remain on bond --

MR. PIPER:  No, Your Honor.

THE COURT:  -- pending sentencing under the same
conditions that have been?  I'm informed by the Court's
probation office that all of the defendants have performed in
an exemplary manner while on bond.  Okay.  Then, defendants,
same conditions that you've been under all along in terms of
pending sentencing, so.

MR. PIPER:  Your Honor, we do have forfeiture
allegations in the indictment and, generally, that calls for a
hearing.  It can be -- it could be truncated, if the Court
would allow --

THE COURT:  Okay.  Do we need to have a hearing
before sentencing?

MR. PIPER:  On forfeiture, yes, sir.

THE COURT:  Okay.  How long do you anticipate that
will take?

MR. PIPER:  Not long.

THE COURT:  Why don't we just set everything for

1   June 8th for the time being and we'll go ahead and just

2   move --

3           MR. PIPER:  Perhaps defense counsel and I can work

4   something out, too, Mr. Clark and I can work something out.

5           THE COURT:  By the way, I've also got the following

6   week Monday, June 15th available, so if you want to do one on

7   the 8th and one on the 15th that might work.

8           MR. PIPER:  May I ask if the Court is going to hear

9   the sentencing?

10          THE COURT:  The Court doesn't know whether it's

11  going to hear the sentencing, but the Court expects that most

12  likely it will preside over the sentencing.  I just think in

13  the interest of judicial efficiency, if the Court, unless the

14  Court is somehow otherwise disabled, the Court would probably

15  intend -- well, disability means I don't have a judicial

16  commission anymore, so, you know.

17          MR. PIPER:  Thank you, Your Honor.

18          THE COURT:  That would be my expectation.

19  Obviously, things can change, so.

20          MR. PIPER:  Yes, sir.

21          THE COURT:  Anything else?

22          All right.  If there is nothing else, then Court

23  will be adjourned.  Thank you, everyone.

24                        END OF VERDICT

25

1

2          I, Shannan Andrews, do hereby certify that I

3  reported in machine shorthand the proceedings in the

4  above-styled cause held March 4, 2020, and that this

5  transcript is an accurate record of said proceedings.

6

7                          s/Shannan Andrews
                            Shannan Andrews
8                        Official Court Reporter

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25