# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERRY WAYNE WILKERSON, MICHAEL CHATFIELD, KASEY NICHOLSON, BILLY HINDMON, and JAYSON MONTGOMERY<br><br>*Defendants.* | No.: 1:18-cr-11<br><br>Judge Mattice |

## DEFENDANTS' NOTICE OF FILING TRIAL EXHIBITS TO FACILITATE APPELLATE REVIEW AND COMPLY WITH SIXTH CIRCUIT RULE 28(a)(1)

Defendants Jerry Wayne Wilkerson, Michael Chatfield, Kasey Nicholson, Billy Hindmon, and Jayson Montgomery file the following exhibits, which were admitted during trial, so that they will be electronically accessible to the Sixth Circuit Court of Appeals and so that they will bear the PageID# references, as required by Sixth Circuit Rule 28(a)(1). I certify that the attached exhibits are true and accurate copies of those admitted at trial.

| EXHIBIT | DESCRIPTION |
|---|---|
| Hindmon Ex. #4 | List of ingredients in most commonly-prescribed creams |
| Chatfield Ex. #13 | Pharmacy Benefit Manual |
| Wilkerson Ex. #106 | Independent Consultant Agreement |
| Gov. Ex. #123 | Compound cream order form |
| Gov. Ex. #213 | Marketing materials |
| Gov. Ex. #234-237 | Pharmacy contracts with Top Tier |
| Gov. Ex. #515, 528 | Text messages and emails involving Green |
| Gov. Ex. #716 | Summary Chart |
| Gov. Ex. #2613 | Email re Top Tier Sales Process Information |
| Gov. Ex. #2614 | Email re Consent Form |
| Gov. Ex. #2616 | Evaluation Form |

1

Dated: March 29, 2021         Respectfully submitted,

By: _____
Mark S. Thomas
Florida Bar No. 0001716
Thomas Health Law Group, PA
5200 SW 91st Terrace, Suite 101-B
Gainesville, FL 32608
352-372-9990 (telephone)
855-629-7101 (electronic facsimile)
Mark@ThomasHLG.com
*Counsel for Defendant Jerry Wayne Wilkerson*

**CERTIFICATE OF SERVICE**

This notice and attached exhibits were filed electronically on May 29, 2021, and notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

_____
Mark S. Thomas