## SMS Messages (3758)

| # | Party | Date | Time | All timestamps | Fold | Status | Source | SMSC | Message | Delete | Bookmark Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3226 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 4:35:18 PM(UTC+0) | | Inbox | Read | | | Do you not want to have space where Michelle can sign on these forms? | | |
| 3225 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:23:28 PM(UTC+0) | | Sent | Sent | | | When will the order forms be rady? | | |
| 3224 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:23:31 PM(UTC+0) | | Sent | Sent | | | Ready | | |
| 3223 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:28:41 PM(UTC+0) | | Inbox | Read | | | I'm aiming for tomorrow. I'm having 16 script pads made up of the karma wellness spa with the corrections that jared told me to make. That Includes giving .05 fluticasone to anti aging and age spots. Jared said that was good and no reason we shouldn't have that.<br><br>Then I'm having 15 pads of 50 two part carbonless forms with the 3rd part being a thick patient information to leave behind. It must be thick bc if it's it not then you'll write through the carbonless forms and it'll effect 4 or 5 but the thickness of the patient information will prevent thay | | |
| 3222 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:28:58 PM(UTC+0) | | Inbox | Read | | | That | | |
| 3221 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:30:01 PM(UTC+0) | | Sent | Sent | | | Awesome. That will be perfect. | | |
| 3220 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:36:58 PM(UTC+0) | | Inbox | Read | | | Yeah, I figured that would be the best way to make money and we can ignore billys dermatologist, if she doesn't want fluticasone we will give her, her own pad | | |
| 3219 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:37:07 PM(UTC+0) | | Inbox | Read | | | Bc Jared knows his shit | | |
| 3218 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:37:29 PM(UTC+0) | | Inbox | Read | | | And if anti aging bills out 2000 and age spots 2500 or 7000 I'll take the second all day | | |
| 3217 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:38:44 PM(UTC+0) | | Sent | Sent | | | No shit, I would prefer the larger number everytime. | | |
| 3216 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 7:43:22 PM(UTC+0) | | Inbox | Read | | | Yea it was billing out 4800 with .025 then when billy changed it, it went down to 2000 now jared said go to .05 so it should be around 7k. I have too many ppl getting those creams for them to be billing out 2k | | |
| 3215 | To: +14235094017 Michele Craven | 5/29/2014 | 5/29/2014 7:53:33 PM(UTC+0) | | Sent | Sent | | | I'm home!!! 😊😊 | | |
| 3214 | From: +14235094017 Michele Craven | 5/29/2014 | 5/29/2014 7:56:29 PM(UTC+0) | | Inbox | Read | | | No way!!!! | | |
| 3213 | To: +14235094017 Michele Craven | 5/29/2014 | 5/29/2014 7:56:52 PM(UTC+0) | | Sent | Sent | | | In arlanta | | |
| 3212 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:11:41 PM(UTC+0) | | Sent | Sent | | | That just makes more sense! | | |
| 3211 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:14:01 PM(UTC+0) | | Inbox | Read | | | That's why they call me michael the chest chatfieldq | | |
| 3210 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:15:14 PM(UTC+0) | | Sent | Sent | | | Lol ohhhhh man | | |
| 3209 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:44:57 PM(UTC+0) | | Sent | Sent | | | Isaiah McCallum<br>338 Burnt Mill Ln.<br>Flinstone Ga 30725<br>423-779-6512<br>Isaiahmccallum@gmail.com | | |
| 3208 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:45:05 PM(UTC+0) | | Sent | Sent | | | Sales rep card | | |
| 3207 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:46:28 PM(UTC+0) | | Inbox | Read | | | Not adding him, he's not cool | | |
| 3206 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:47:14 PM(UTC+0) | | Sent | Sent | | | Yes we are | | |
| 3205 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:48:02 PM(UTC+0) | | Inbox | Read | | | Lol I'm kidding, his josh and Wes and David will be done tomorrow | | |
| 3204 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:48:38 PM(UTC+0) | | Sent | Sent | | | Lol. Okay. Josh and Wes hahah they should do work....not | | |
| 3203 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:49:21 PM(UTC+0) | | Inbox | Read | | | Lol yeah josh asked me so I said i would, with my pay check it shouldn't hurt too bad | | |
| 3202 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:49:48 PM(UTC+0) | | Sent | Sent | | | Hahah right. Did you run that by wayne? | | |
| 3201 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:51:45 PM(UTC+0) | | Inbox | Read | | | Well you told me he's getting 2000 grand for every 4 or 5 creams so I thought wayne knew. I mean the cards are free so if Waynes not wanting him to sell he needs to talk to josh | | |
| 3200 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:51:48 PM(UTC+0) | | Inbox | Read | | | 2 grand | | |
| 3199 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:52:17 PM(UTC+0) | | Sent | Sent | | | Yeah. I'm not sure what he's doing lol | | |
| 3198 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:52:52 PM(UTC+0) | | Inbox | Read | | | Opening up a gym through investor wilkerson | | |
| 3197 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:55:39 PM(UTC+0) | | Sent | Sent | | | Haha I dunnnnnoooooo | | |
| 3196 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:56:35 PM(UTC+0) | | Inbox | Read | | | Lol yeah, well when you guys getting back | | |
| 3195 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 8:57:07 PM(UTC+0) | | Sent | Sent | | | I'm on my way now | | |
| 3194 | | 5/29/2014 | 5/29/2014 10:12:50 PM(UTC+0) | | Sent | Sent | | | Hello | Deleted | |
| 3193 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 11:07:58 PM(UTC+0) | | Sent | Sent | | | Where are you at? Need my whip lol | | |
| 3192 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 11:09:39 PM(UTC+0) | | Inbox | Read | | | My house, you need me to bring you the freshcalade? | | |
| 3191 | To: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 11:11:48 PM(UTC+0) | | Sent | Sent | | | Nah I'll have Amberly run me out there | | |
| 3190 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 11:12:29 PM(UTC+0) | | Inbox | Read | | | Cool I'll leave the key in the front seat, bc I may go get some dinner | | |
| 3189 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 11:12:36 PM(UTC+0) | | Inbox | Read | | | What a sweet heart | | |
| 3188 | From: +14237796365 Michael "Beaver" Chatfield | 5/29/2014 | 5/29/2014 11:12:41 PM(UTC+0) | | Inbox | Read | | | ☺ | | |

GOVERNMENT'S
EXHIBIT

EXHIBIT NO. 515
1:18-CR-11

| | |
|---|---|
| 10/30/2014 12:12:48 AM(UTC+0), +14235094017 Michele Craven<br>Oh my well that is what they are for! This to shall pass | |
| 10/31/2014 4:15:58 PM(UTC+0), +14233562980 Kirtis Green<br>Can you call me in a z pack to Walgreens? I have been fighting this cold for a few weeks | |
| 10/31/2014 4:30:41 PM(UTC+0), +14235094017 Michele Craven<br>Sure | |
| 10/31/2014 4:34:05 PM(UTC+0), +14235094017 Michele Craven<br>Done | |
| 10/31/2014 4:43:54 PM(UTC+0), +14233562980 Kirtis Green<br>Thank you. | |
| 11/2/2014 3:15:26 PM(UTC+0), +14233562980 Kirtis Green<br>Can you call me another one in. Jade accidentally tossed it last night | |
| 11/2/2014 3:51:24 PM(UTC+0), +14235094017 Michele Craven<br>Yeah it will be a bit though | |
| 11/2/2014 3:51:28 PM(UTC+0), +14235094017 Michele Craven<br>I m ok | |
| 11/2/2014 3:52:37 PM(UTC+0), +14233562980 Kirtis Green<br>That's okay. I appreciate it. How are you doing? | |
| 11/2/2014 3:53:36 PM(UTC+0), +14235094017 Michele Craven<br>If you want babies you don't need to do pellets s | |
| 11/2/2014 3:54:47 PM(UTC+0), +14233562980 Kirtis Green<br>Still super busy with work? I want to do the pellets again soon. | |
| 11/2/2014 3:55:53 PM(UTC+0), +14233562980 Kirtis Green<br>I know, but it's so hard to stay consistent with the shots. I don't feel the same on them as I did on the pellets. | |
| 11/3/2014 7:22:40 PM(UTC+0), +14235094017 Michele Craven<br>Oops sent | |
| 11/3/2014 7:25:02 PM(UTC+0), +14233562980 Kirtis Green<br>No worries. I'm on a plane to Nashville. Thank you for remembering | |
| 11/12/2014 7:46:30 PM(UTC+0), +14233562980 Kirtis Green<br>I'm out of test. Can you call one in to Walgreens? I want to do pellets again. I am getting my baby makers frozen first lol | |

| 29 | Participants:<br>+14233562980<br>Kirtis Green*<br>Source: iMessage: +14233562980<br>Body file: chat-74.txt | Start Time: 3/26/2014 2:50:49 PM(UTC+0)<br>Last Activity: 3/26/2014 2:50:49 PM(UTC+0)<br>Attachment count: 0 | Yes |

3/26/2014 2:50:49 PM(UTC+0), +14233562980 Kirtis Green    (Deleted)
Hey buddy

| 30 | Participants:<br>+14233562980<br>Kirtis Green*<br>Source: iMessage: +14233562980<br>Body file: chat-75.txt | Start Time: 3/26/2014 2:52:16 PM(UTC+0)<br>Last Activity: 3/26/2014 2:52:16 PM(UTC+0)<br>Attachment count: 0 | Yes |

3/26/2014 2:52:16 PM(UTC+0), +14233562980 Kirtis Green    (Deleted)
Dirty. Can you print some new cards off for me with this number. I'm switching all new business to this number.

| 31 | Participants:<br>+14233562980<br>Kirtis Green*<br>Source: iMessage: +14233562980<br>Body file: chat-76.txt | Start Time: 3/26/2014 2:53:01 PM(UTC+0)<br>Last Activity: 3/26/2014 2:53:01 PM(UTC+0)<br>Attachment count: 0 | Yes |

3/26/2014 2:53:01 PM(UTC+0), +14233562980 Kirtis Green    (Deleted)
Haha tomorrow big guy

| 32 | Participants:<br>+14233562980<br>Kirtis Green*<br>+14233145702<br>Ares*<br>Source: iMessage: +14233562980<br>Body file: chat-77.txt | Start Time: 3/26/2014 10:29:18 PM(UTC+0)<br>Last Activity: 12/8/2014 9:56:08 PM(UTC+0)<br>Attachment count: 100 | |

3/26/2014 10:29:18 PM(UTC+0), +14233562980 Kirtis Green
Room 415

3/26/2014 10:29:47 PM(UTC+0), +14233145702 Ares
U goin up?

3/26/2014 10:30:08 PM(UTC+0), +14233562980 Kirtis Green
Yeah carrying this stuff up for him, and changing.

3/27/2014 8:33:04 PM(UTC+0), +14233145702 Ares
Where u is?

| | |
|---|---|
| 4/27/2014 4:10:27 PM(UTC+0), +14233145702 Ares  IMG_1522.MOV.mov | |
| 4/27/2014 4:40:03 PM(UTC+0), +14233562980 Kirtis Green  Perfect lol. | |
| 4/29/2014 1:59:00 PM(UTC+0), +14233145702 Ares  Want to meet me at the honey hole and bring them lunch? | |
| 4/29/2014 1:59:13 PM(UTC+0), +14233562980 Kirtis Green  Sounds good. | |
| 4/29/2014 1:59:39 PM(UTC+0), +14233562980 Kirtis Green  I'm listening to chads beats. Trying to find one that stands out | |
| 4/29/2014 2:00:15 PM(UTC+0), +14233145702 Ares  Ok. They gonna order bones BBQ. I can prob pick it up. Yea he has a ton more shit | |
| 4/29/2014 2:01:27 PM(UTC+0), +14233562980 Kirtis Green  Where at? All I see is what's on sound cloud | |
| 4/29/2014 2:02:40 PM(UTC+0), +14233145702 Ares  On hard drives that he needs to mix and get to us | |
| 4/29/2014 2:03:34 PM(UTC+0), +14233145702 Ares  Text Michele and tell her what u want from bones | |
| 4/29/2014 2:05:29 PM(UTC+0), +14233562980 Kirtis Green  Okay | |
| 4/29/2014 3:39:18 PM(UTC+0), +14233562980 Kirtis Green  IMG_3237.jpeg | |
| 4/29/2014 3:39:24 PM(UTC+0), +14233562980 Kirtis Green  Ohhhhhhhhh snap | |
| 4/29/2014 3:42:12 PM(UTC+0), +14233145702 Ares  Yeah! Now ur legal. U headed to the honey hole? | |
| 4/29/2014 3:43:28 PM(UTC+0), +14233562980 Kirtis Green  Yeah almost there | |
| 4/29/2014 3:43:52 PM(UTC+0), +14233562980 Kirtis Green  I know....it's the small wins lol | |
| 4/29/2014 4:04:16 PM(UTC+0), +14233145702 Ares  That's a pretty big win actually | |
| 4/29/2014 4:06:43 PM(UTC+0), +14233562980 Kirtis Green  Now I'm not riding "dirty" dammit. | |
| 4/29/2014 4:07:28 PM(UTC+0), +14233145702 Ares  True. But now u can speed | |
| 4/29/2014 4:07:56 PM(UTC+0), +14233562980 Kirtis Green  Hellllllll yeah!!! | |
| 4/30/2014 11:42:49 AM(UTC+0), +14233562980 Kirtis Green  What up | |
| 4/30/2014 11:43:01 AM(UTC+0), +14233145702 Ares  Wakin up | |
| 4/30/2014 11:43:25 AM(UTC+0), +14233562980 Kirtis Green  Lazy lazy. I'm at walmart waiting on Jeanette | |
| 4/30/2014 11:44:00 AM(UTC+0), +14233145702 Ares  Fuck that HO | |
| 4/30/2014 11:44:58 AM(UTC+0), +14233562980 Kirtis Green  No shit. I'm done after this batch, if it doesn't go through by 12 I'm giving these all to Michelle | |
| 4/30/2014 11:46:08 AM(UTC+0), +14233145702 Ares  I would, been nothing but trouble | |
| 4 ███████████████████████ ███████████████ | |
| ███████████████████████ | |
| ███████████████████████ | |



**5/17/2014 3:54:42 PM(UTC+0), +14233562980 Kirtis Green**
This is where I want to be. Permanently

**5/17/2014 3:55:44 PM(UTC+0), +14233145702 Ares**
Bango. Then I'm sure I will too. We will just set up an online fax account and feed scripts to Michele constantly

**5/17/2014 3:57:36 PM(UTC+0), +14233562980 Kirtis Green**
Perfect. She said she will sign 500 a time once karma opens

**5/17/2014 3:57:52 PM(UTC+0), +14233145702 Ares**
Ha ha. Perfect.



**5/19/2014 10:28:16 PM(UTC+0), +14233145702 Ares**
Hey forgot about what I had to pay for Michele and Jared and I am splitting that up between me, u and beaver. So it's 4k a piece. We can settle that up in florida. Also paid Freshcalade pmt

**5/19/2014 10:41:33 PM(UTC+0), +14233562980 Kirtis Green**
Okay. I'll transfer it to your tvcu account

| | |
|---|---|
| 6/2/2014 8:09:43 PM(UTC+0), +14233562980 Kirtis Green<br>Okay. | |
| 6/3/2014 12:51:12 AM(UTC+0), +14233145702 Ares<br>4k for Cara? | |
| 6/3/2014 12:51:12 AM(UTC+0), +14233145702 Ares<br>Ok | |
| 6/3/2014 12:51:31 AM(UTC+0), +14233562980 Kirtis Green<br>Yeah | |
| 6/3/2014 12:52:45 AM(UTC+0), +14233145702 Ares<br>Ok she has to check her gmail and accept it | |
| 6/3/2014 12:52:59 AM(UTC+0), +14233562980 Kirtis Green<br>Okay | |
| 6/3/2014 12:57:36 AM(UTC+0), +14233145702 Ares<br>Ok | |
| 6/3/2014 12:57:37 AM(UTC+0), +14233562980 Kirtis Green<br>She checking now | |
| 6/3/2014 3:12:00 AM(UTC+0), +14233145702 Ares<br>Hey will u email me the final draft for the consent form. | |
| 6/3/2014 3:14:33 AM(UTC+0), +14233562980 Kirtis Green<br>Sent | |
| 6/3/2014 3:14:46 AM(UTC+0), +14233145702 Ares<br>Thx | |
| 6/3/2014 3:14:58 AM(UTC+0), +14233562980 Kirtis Green<br>Yezzzziiirrr | |
| 6/3/2014 3:18:10 AM(UTC+0), +14233145702 Ares<br>Consent form not eval form | |
| 6/3/2014 3:21:59 AM(UTC+0), +14233562980 Kirtis Green<br>Oh. | |
| ==6/3/2014 3:18:55 PM(UTC+0), +14233145702 Ares==<br>==talked to Jared. He's gonna backdate the scripts from yesterday and Christy added some refills to May== | |
| 6/3/2014 3:30:37 PM(UTC+0), +14233562980 Kirtis Green<br>Awesome. | |

| | |
|---|---|
| 10/9/2014 2:14:24 AM(UTC+0), +14233145702 Ares<br>https://www.google.com/search?q=us+map+of+military+bases&client=safari&hl=en&tbm=isch&tbo=u&source=univ&sa=X&ei=Gu81VMrCA4OsyAThi4DQDQ&ved=0CBwQsAQ&biw=320&bih=460#facrc=_&imgrc=hj_Mznd3p0CbxM%253A%3BKpGZfeipDTtXfM%3Bhttp%253A%252F%252Fupload.wikimedia.org%252Fwikipedia%252Fcommons%252Fthumb%252Fe%252Fe5%252FU.S._Military_Installations_Map.jpg%252F1224px-U.S._Military_Installations_Map.jpg%3Bhttp%253A%252F%252Fen.wikipedia.org%252Fwiki%252FList_of_United_States_military_bases%3B1224%3B1024<br><br>Map of military bases | |
| 10/9/2014 2:17:07 AM(UTC+0), +14233562980 Kirtis Green<br>All I see is $$ | |
| 10/9/2014 2:48:32 AM(UTC+0), +14233145702 Ares<br>Damn straight!! | |
| 10/9/2014 6:27:31 PM(UTC+0), +14233562980 Kirtis Green<br>You get my report for soothe? | |
| 10/9/2014 6:30:16 PM(UTC+0), +14233145702 Ares<br>Sure did | |
| 10/9/2014 6:32:56 PM(UTC+0), +14233562980 Kirtis Green<br>Ok. | |
| 10/9/2014 8:26:40 PM(UTC+0), +14233145702 Ares<br>No I haven't | |
| 10/9/2014 8:27:30 PM(UTC+0), +14233562980 Kirtis Green<br>I have to add another person to soothe that I missed. Have you submitted it already? | |
| 10/9/2014 8:31:22 PM(UTC+0), +14233562980 Kirtis Green<br>Ok. I'll fix it and resend it. | |