Summary of Proceeds and Disbursements for Wayne Wilkerson through Top Tier Medical LLC

| Pharmacy | Commissions |
|---|---|
| Willow | $3,973,698.38 |
| Central Rexall | $3,405,266.43 |
| Soothe | $3,530,742.24 |
| FPS | $2,003,528.23 |
| Mediverse LLC | $144,173.85 |
| M-Bit, LLC | $66,476.60 |
| | $13,123,885.73 |

| Recipient | Amount |
|---|---|
| Top Shelf Inc./Michael Chatfield | $ 3,157,833.85 |
| Brian Kurtz and Associates/Brian Kurtz | $ 2,872,383.64 |
| Wayne Wilkerson | $ 2,384,305.00 |
| KG & Associates/Kirtis Green | $ 1,190,868.31 |
| BTG Consulting LLC/Billy Hindmon | $ 1,031,296.39 |
| KLN Consulting LLC/Kasey Nicholson | $ 938,740.04 |
| Terry Transport/Rich and Kim Terry | $ 108,351.19 |
| AFA Consulting LLC/Josh Linz | $ 86,946.19 |
| R&W Consulting/Ruth Wilkerson | $ 61,000.00 |
| Brenco Management/Brande Breneman | $ 40,000.00 |
| K&D Consulting LLC | $ 15,446.00 |
| Topical Solutions/Tim Pichette | $ 8,117.83 |
| Jared Schwab | $ 5,000.00 |
| Amanda Mills | $ 3,113.05 |
| Candace Craven | $ 3,000.00 |
| | $ 11,906,401.49 |

Case U.S. v. Wilkerson 1:18-cr-11

Exhibit 716

Summary of Proceeds and Disbursements for Michael Chatfield through Top Shelf Inc

| Payor | Commissions |
|---|---:|
| Top Tier Medical | $3,157,833.85 |
| Central Rexall | $751,723.91 |
| RxPress Inc | $1,500,000.00 |
| | $5,409,557.76 |

| Recipient | Amount |
|---|---:|
| Michael Chatfield | $ 2,800,000.00 |
| Core Enterprises/Hal Chatfield | $ 484,300.00 |
| George Striker | $ 354,100.00 |
| JM Elite LLC/Josh Morgan | $ 333,000.00 |
| Marcia Bettis | $ 247,000.00 |
| KT Adams Elite LLC/Kyle Adams | $ 121,000.00 |
| Tyler Burgess | $ 118,900.00 |
| Brandon Chatfield | $ 81,700.00 |
| Derrick Hogans | $ 81,000.00 |
| Amanda Mills | $ 40,600.00 |
| Scriptrx Consulting LLC/Patrick Perkins | $ 39,700.00 |
| Heather Wyatt | $ 33,000.00 |
| Ryan McGowan | $ 32,400.00 |
| George Sprouse | $ 25,755.00 |
| Grayson Fuller | $ 19,000.00 |
| Danielle Payne | $ 17,900.00 |
| Jonathan Tuttle | $ 12,125.00 |
| Stephanie Young | $ 10,100.00 |
| Matt Herring | $ 8,250.00 |
| Jim Chatfield | $ 6,200.00 |
| Brendan Hawks | $ 5,000.00 |
| Bryan Maples | $ 3,000.00 |
| | $ 4,874,030.00 |

Government Exhibit 716-A

Summary of Proceeds and Disbursements for Kasey Nicholson through KLN Consulting LLC

| Payor | Commissions |
|---|---|
| Top Tier Medical | $938,740.04 |
| | $938,740.04 |

| Recipient | Amount |
|---|---|
| Kasey Nicholson | $552,786.94 |
| Matthews Consulting | $206,785.55 |
| Rachel Rothwell | $14,506.81 |
| Justin Townsen | $12,458.55 |
| Ashley Hemnick | $3,500.00 |
| Sarah Beth Camp | $1,600.00 |
| | $791,637.85 |

$ 1,583,275.70

Summary of Proceeds and Disbursements for Billy Hindmon through BTG Consulting LLC

| Payor | Commissions |
|---|---|
| Top Tier Medical | $1,031,296.39 |
| | $1,031,296.39 |

| Recipient | Amount |
|---|---|
| JCM Marketing, LLC/Jayson Montgomery | $ 337,068.17 |
| Billy Hindmon | $ 270,250.00 |
| DAS Marketing, LLC/Adam Staten | $ 102,321.75 |
| AFA Consulting, LLC/Josh Linz | $ 26,389.36 |
| J.W. Lee, Inc. | $ 17,764.00 |
| | $753,793.28 |

$ 1,507,586.56

Summary of Proceeds and Disbursements for Jayson Montgomery through JCM Marketing LLC

| Payor | Commissions |
|---|---|
| BTG Consulting LLC | $337,068.17 |
| | $337,068.17 |

| Recipient | Amount |
|---|---|
| Jayson Montgomery | $ 160,478.00 |
| Bold Marketing LLC/Zach Rice | $ 82,212.00 |
| ATM/Cash Withdrawals | $ 67,800.00 |
| Amex Card | $ 27,901.00 |
| | $ 338,391.00 |

<small>Government Exhibit 716-A</small>

Summary of Proceeds and Disbursements for Wayne Wilkerson through Saige Medical

| Payor | Commissions |
|---|---|
| Integrimed Solutions LLC | $ 354,665.67 |
| Medworx Sunflower | $ 56,655.18 |
| | $411,320.85 |

| Recipient | Amount |
|---|---|
| ARM LLC/Amanda Booker | $ 135,000.70 |
| Saige Medical LLC | $ 70,938.06 |
| Brian Kurtz | $ 58,000.00 |
| Wayne Wilkerson | $ 44,000.00 |
| Complete Healthcare Concierge Inc | $ 26,000.00 |
| Executive Atlantic LLC/Matthew Perkins | $ 10,834.42 |
| Health Connection TN LLC | $ 3,101.36 |
| David Sheffield | $ 3,000.00 |
| | $350,874.54 |