| | |
|---|---|
| **From:** | Adam Staten <adamstaten@gmail.com> |
| **Sent:** | 10/27/2014 1:45:39 PM -0500 |
| **To:** | billy.hindmon@gmail.com |
| **Subject:** | Webber |
| **Attachments:** | new doc 7.pdf |

Sent from my iPhone

**GOVERNMENT'S
EXHIBIT**

**EXHIBIT NO. 2616**
**1:18-CR-11**

# Pharmacy Order Form     REF# _____

*Topical Compounded Creams*

## PATIENTS INFO:

| | |
|---|---|
| **NAME:** Alyssa Weber | |
| **DOB:** 6/16/1985 | |
| **DAY TIME PHONE #:** 931-216-9340 | |
| **DAY TIME DELIVERY ADDRESS:** 4684 gipson st. #a Fort Campbell. Ky 42223 | |

## PRIMARY INSURANCE INFO:

| | |
|---|---|
| **Company Name:** | |
| **Subscriber ID:** | **Group #:** |
| **Rx BIN #:** | **Rx GRP:** |
| **Insured Name:** | |

Indicate which type of conditions you are seeking treatment for by initialing next to the formulas below. (Limit of 5 Per Patient)

## SCAR, PAIN, & SKIN CARE MANAGEMENT SOLUTIONS:

Topical **Pain** Management ____

Topical **Wound** Management ____

Topical **Eczema** Treatment ✓

Topical **Burn** Cream ____

**General Wellness Tablets** ____

Topical **Nausea** Cream ____

Topical **Migraine** Cream ____

Topical **Scar** Therapy ✓

Topical **Psorisis** Treatment ____

Topical **Stretch Mark** ✓

Topical **Nail Fungus** ____

Topical **Anti-Aging/Wrinkle** ____

Topical **Gout** Management ____

**Psoriasis Shampoo** ____

To better evaluate the effectiveness of this compounded medication, I am requesting that I receive a freshly compounded prescription every 30 days. _AW_

I agree that the delivery of my medications may be left at my home if someone is not available to sign for them. ____

By signing below, I am formally requesting treatments for the above conditions that the above prescription formulas in the quantity indicated and refill amount be written for me by a medical professional. I also consent to the pharmacy using the insurance info I have supplied to file a claim for approval of these prescription formulas and they be shipped to my residence.

**PATIENT SIGNATURE:** Alyssa Weber     **DATE:** 10/24/14

The FDA does not review any compounded medication for safety or efficacy.

**Scanned by CamSc**

# Product Use Form

In the **following spaces**, please **give a** brief description of why you want each compounded cream and what you will be **using it for.**

**Topical Pain/Migraine Management:**

|  |  |  | | PAIN LEVEL | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Topical Wound Management:**

_____

**Topical Eczema/Psoriasis Treatment:**

I have eczema

**Topical Burn Cream:**

_____

**General Wellness Tablets:**

_____

**Topical Nausea Cream:**

_____

**Topical Migraine Cream**

_____

**Topical Scar Therapy:**

I have scars

**Topical Stretch Mark:**

I have stretch marks

**Topical Nail Fungus Treatment:**

_____

Topical Anti-Aging/Wrinkle:

_____

**Topical Gout Management:**

_____

Psoriasis Treatment:

_____

**PATIENT SIGNATURE:** Alyssa Weber   **DATE:** 10/24/14

Scanned by CamSc

HIGHLY CONFIDENTIAL

### EVALUATION AGREEMENT

The undersigned agrees to evaluate _Alyssa Weber_, products that have been known to help some people treat certain skin issues or conditions. The undersigned acknowledges and agrees that no person or entity has made any guarantees or warranties of performance related to this product. The undersigned agrees that, if prescribed this product, he or she will use the product as directed by the prescribing medical professional, and will provide an evaluation of the product's performance.

In exchange for providing an evaluation, the undersigned acknowledges that he or she may receive financial payment. However, the undersigned also understands that payment is not conditioned on providing a favorable evaluation and that the undersigned is expected to make a fair and honest evaluation of the undersigned's personal experience with the product.

_Alyssa Weber_

Scanned by CamScanner

HIGHLY CONFIDENTIAL



UNITED STATES UNIFORMED SERVICES

WEBER, ALYSSA SUE

SIGNATURE

EXPIRATION DATE
20 15OCT25

SPONSOR SERVICE / STATUS
USA/AD

SPONSOR RANK / PAY GRADE
SSG / E6

DoD ID NUMBER
1157110698

RELATIONSHIP
SP

SPONSOR
WEBER, NICHOLAS OWEN

AUTHORIZED PATRONAGE
EXCHANGE
COMMISSARY
MWR

Scanned by CamScanner

Attachment 6

DD FORM 1173

OCT 93

PROPERTY OF US GOVERNMENT

OUSD(P&R) OCT 2005



DATE OF BIRTH
1985JUN16

BENEFITS NUMBER
01213529-01

DATE OF ISSUE
2014MAR28

MEDICAL
DIRECT: YES

CIVILIAN
YES

EFF DATE
2009JAN27

EXP DATE
2015OCT25

Scanned by CamScanner