**Attachment 5**

HIGHLY CONFIDENTIAL

| | |
|---|---|
| From: | Billy Hindmon <billy.hindmon@gmail.com> |
| Sent: | 8/16/2014 10:35:11 PM +0000 |
| To: | jayson.montgomery@yahoo.com; Adam Staten <adamstaten@gmail.com> |
| Subject: | Sales Process |
| Attachments: | Top Tier Sales Process.docx |

GOVERNMENT'S EXHIBIT

EXHIBIT NO. 2613
1:18-CR-11

Case 1:18-cr-00011-HSM-CHS   Document 576-6   Filed 03/29/21
GJS-00000072
12024

# Top Tier Sales Process

1. <u>Products-</u> Why Compounded Topical Creams?

    A. <u>Topical-</u> Topical creams treat pain or skin conditions at the site instead of going into the blood stream and potentially affecting the whole body.

    B. Virtually no side effects.

    C. Can drive, work, and take other medications while using topical creams.

    D. Compounded creams can be customized to each patient

    E. Compounded Creams have more active ingredients than commercially available products, so in theory, can be far more effective.

    F. Every ingredient in the topical formula is clinically proven to work towards healing the condition the cream is designed for.

2. <u>Cost-</u> Topical creams can be very cost effective if Insurance covers them.

    A. Most patients have a relatively small co-pay, usually between $20-$50.

    B. What insurance pays for these compounded medications varies greatly. Insurance can pay anywhere from $250 to as high as $12-$14k for certain formulas.

    C. Patients should not be alarmed if they see an EOB (Explanation of Benefits) from their Insurance company for what they reimbursed for the prescription. An EOB may look like a bill but is not. They are just explaining to the patient what the Ins. company paid for the patient's prescriptions.

3. <u>Process-</u> The process starts with our Order Form. This form is designed for the patient to choose for what conditions they want treatment.

A.  The next form is the evaluation form. This form gives us the ability to use the patient's evaluation of our product if we wanted to conduct a study.

B.  The last form is the very important product use form. This form gives our medical professionals an understanding on why the patient is asking for treatment of a certain condition and provides what previous medications or treatments they have tried before.

C.  After all forms are filled out properly, then they will be given to one of our providers for review. Once the provider reviews the documentation then they will call the patient.

***** **Make sure the patient is prepared to receive a call from one of our medical professionals. Also, ask what would be the best time to receive a call.** *****

D.  During the phone interview with the patient, our providers will ask questions on medical history and why the patient wants treatment for certain conditions. After the phone interview our provider will suggest a treatment formula or formulas, and write the proper prescription accordingly and will fax into the pharmacy.

E.  Once the pharmacy receives the faxed prescription, they will call to confirm Insurance info, address, date of birth, etc. The quicker the pharmacy can get a hold of the patient the faster they will receive their prescriptions.

F.  After the pharmacy speaks with the patient, they will then file a claim with the patient's Insurance company. If the claim is approved, then the prescription will be sent out promptly and will arrive at the patients address within 2-3 days. If the claim is not approved, then the pharmacy will contact the patient and let them know of the denial and offer a cash price for the formula written for them. Product use instructions will come with the product as well as be printed on the tube of medicated cream.