GOVERNMENT'S EXHIBIT

EXHIBIT NO. 123
1:18-CR-11

**PATIENTS NAME:** Emma Bowling
**DOB:** 05-11-98
**DAY TIME PHONE #:** 423-424-9653
**DAY TIME DELIVERY ADDRESS:** 1810 Duncan Ave. Chattanooga, TN 37421

**Primary Insurance Info:**
**Company Name:** BCBS
**Subscriber ID:** 2ES 905021001
**Group #:** 107578
**Rx BIN #:** 610014
**Rx GRP:** BCTComm
**Insured Name:** Susane Bowling
**Insured DOB:** 10-15-65
**Relationship to Insured:** daughter

### ANTI-INFLAMMATORY and NEUROPATHIC TRANSDERMAL CREAMS:
- ☐ PAIN 1: _____% Cascade Diclofenac 5%, Gabapentin 10%, Baclofen 2%, Cyclobenzaprine 3%, Lidocaine 2%
- ☐ PAIN 2: Flurbiprofen 20%, Gabapentin 10%, Baclofen 2%, Cyclobenzaprine 3%, Bupivacaine 2%

### PRESCRIPTION VITAMIN:
- ☐ VITAMIN: Biotin 6mg, Methylcobalamin 5mg (B12), 5-Methyltetrahydrofolate 5 mg (B9), Pryridoxal-5-Prosphate 50mg (B6)

### SCAR and SKIN CARE MANAGEMENT GELS:
- ☒ SCAR: Fluticasone Prop 1%, Tranilast 2%, Levocetirizine 2%, Pentoxifylline 2%, Gabapentin 6%, Lidocaine 4%  — S3FG6
- ☐ AGE SPOTS: Tretinion 0.05%, Hydroquinone 5%, Tea Tree Oil 5%,
- ☒ ANTI-AGING/WRINKLE: Tretinion 0.1%, Ascorbic Acid 1%, Tea Tree Oil 5% — AA
- ☒ ACNE: Salicylic Acid 3%, Tretinoin 0.05%, Fluticasone Prop USP Micronized 0.5%  STF
- ☐ ECZEMA: Cyanocobalamin 0.7%, Mupirocin 2%, Levocetirizine 2%, Fluticasone 1%, Doxepin 5%
- ☐ POST LASER: Fluticasone Propienate USP Micronized 0.01%, Levocetirizine 2%, Diclofenac 6%, Lidocaine 2%
- ☒ STRETCH MARK: Tretinoin 0.05%, Hydroquinone 5%, Glycolic Acid 2.5%, Lactic Acid 2.5%, Ascorbic Acid 1%, Fluticasone Prop 1% — STRETCH
- ☐ WART: Imquimod 2.5%, Cimetidine 2%, D.D.G 0.2%, 5-FU 5%, Salicylic Acid 30% Cream
- ☐ SHINGLES: Orphenadrine 10%, Acyclovir 5%, Deoxy D-Glucose 0.2%, Doxepin 5%, Gabapentin 6%, Lidocaine 5%

☐ Substitute Betamethasone Val 0.1% for Fluticasone Prop 1%

### WOUND MANAGEMENT GEL:
- ☒ Gentamicin 0.2%, Mupirocin 5%, Phenytoin 5%, Pentoxifylline 5%, Nifedipine 2%, Fluticasone Prop 1%, Itraconazole 2% — WD1

### PSORIASIS TREATMENTS:
- ☐ PSORIASIS CREAM: Methotrexate 1%, Fluticasone 0.5%, Vitamin D3 0.005%, Retinoic Acid 0.05%, Urea 20%
- ☐ PSORIASIS SHAMPOO: Fluticasone 0.5%, Vitamin D3 0.0025%
  (Sig: Wet hair thoroughly. Massage up to 2 teaspoons of medication into the scalp. Leave lather on for 5 minutes. Rinse thoroughly. Apply once daily)

### MIGRAINE TRANSDERMAL CREAM:
- ☐ _____% Cascade Diclofenac 3%, Sumatriptan 5%, Gabapentin 6%, Tramadol 2%, Amitriptyline 2%, Indomethacin 5%
  (Sig: Apply to temple areas, behind ears and back of neck at hairline 2 Times Daily or as needed for Headache)

**Quantity: 30 day supply:** ☐ 180 GM/ML ☒ 240 GM/ML **Refills:** ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ PRN
**SIG:** Apply 1-2 gm (1-2 pumps) to affected area 3-4 times daily. ☒ No Signature Required ☐ Auto-Refill x____

By signing below, I am formally requesting that the above prescription formulas in the quantity with refills indicated be written for me by a medical professional and filed under the insurance information I have given for approval and shipment to my residence.

**PATIENT SIGNATURE:** [signature] **DATE:** 5/28/14

Case 1:18-cr-00011-HSM-CHS Document 576-9 Filed 03/29/21 Page 1 of 6 PageID #: 12269

02-042500

# Universal Claim Form for a Compounded Medication
*Recognized by the International Academy of Compounding Pharmacists*

## Pharmacist

**Pharmacy Information**
Willow Pharmacy Inc.
1519 HWY 22 W
Madisonville Center Suite 5
Madisonville, LA 70447
**Phone:** 877-558-7943

**Pharmacist's Name:** CAMPO, VINCENT
**Date:** 5/30/2014
**Pharmacist's License #:** 13723
**NCPDP #:** 1936523
**NPI:** 1649520859
**Pharmacist's Signature:** X
**State ID #:** 006595

## Patient / Cardholder

**Name:** BOWLING, EMMA
**Telephone:** (423)424-9653
**Address:** 1810 DUNCAN AVE
**City:** CHATTANOOGA
**State:** TN
**Zip:** 37421
**Birthdate:** 5/11/1998
**Sex:** F
**Social Security/Subscriber I.D. No.:**

**Patient's Relationship to Cardholder:**
**Employer:**
**Employer ID:**
**Group No.:**
**Plan No.:**

## Patient Authorization

I hereby authorize release of information to health care providers, institutions, and/or payers that may pertain to my illness and/or treatment received. I certify that the information I have reported with regard to my insurance coverage is correct, and I have received the pharmacist care/services rendered.

X Patient Signature     X Date

I hereby authorize my Pharmacy (in either case, "Pharmacy") to execute on my behalf any assignment of benefits documents required to permit to my insurer to make payment directly to Pharmacy or its assigns. I understand that any amounts not paid by insurer because of deductible clauses, lack of coverage or refusal to accept assignment of benefits shall be my responsibility.

X Patient Signature     X Date

## Prescription

**Medication Name:** WD1-GENTAMICIN/MUPIROCIN/PHENYTOIN/PENTOXYFYLLINE/NIFEDIPINE/
**Price:** $14,097.46
**Compounding fee:** $0.00
**Prescription Number:** Rx # 114357
**Days Supply:** 30
**Level of effort:**
**Date Filled:** 5/30/2014
**Quantity Dispensed:** 240 GM
**Dosage Form:** GEL
**Strength:** 0.2/5/5/5/2/1/2%

| Ingredients | NDC | Qty. | Ingredient Cost |
|---|---|---|---|
| GENTAMICIN SULFATE USP | 51927-1610-00 | 0.480 GM | $12.11 |
| MUPIROCIN USP | 52372071604 | 12.000 GM | $1,674.96 |
| PHENYTOIN USP | 51927-1216-00 | 12.000 GM | $114.72 |
| PENTOXIFYLLINE USP | 51927-4389-00 | 12.000 GM | $104.64 |
| NIFEDIPINE USP | 52372-0856-06 | 4.800 GM | $144.00 |
| FLUTICASONE PROPIONATE | 52372085802 | 2.400 GM | $8,400.00 |
| ITRACONAZOLE EP MICRONIZED | 51927-4325-00 | 4.800 GM | $945.60 |
| CEPAPRO GEL | 52372068405 | 163.536 GM | $2,870.06 |
| PROPYLENE GLYCOL USP | 62991-1292-02 | 27.984 GM | $0.95 |
| | | **Total** | **$14,267.04** |

## Doctor

**Prescriber's Name:** CANDACE CRAVEN
**Prescriber's DEA:** MC2443086
**Prescriber's NPI:** 1114258746
**DAW:** 0 - No DAW

## Pharmacist Authorization

I hereby certify that the above compounded medication was ordered by the stated prescriber specifically for the stated patient. This medication is not commercially available in this formulation or dosage form. The compounding was done using the highest possible standards, pure chemicals or drugs and contemporary technology.

Because this prescription is compounded and not manufactured, an NDC number is not required for reimbursement.

X Pharmacist Signature     X 1/12/2015 Date:

*If you have difficulty in submitting this form or receiving payment from your insurance company, please contact us, your employer benefits manager, or the State Insurance Commissioner:*

# Universal Claim Form for a Compounded Medication

*Recognized by the International Academy of Compounding Pharmacists*

## Pharmacy Information

Willow Pharmacy Inc.
1519 HWY 22 W
Madisonville Center Suite 5
Madisonville, LA 70447
Phone: 877-558-7943

| Pharmacist's Name | Date |
|---|---|
| CAMPO, VINCENT | 5/30/2014 |

| Pharmacist's License # | NCPDP # | NPI |
|---|---|---|
| 13723 | 1936523 | 1649520859 |

Pharmacist's Signature: X
State ID #: 006595

## Patient

| Name | Telephone |
|---|---|
| BOWLING, EMMA | (423)424-9653 |

Address: 1810 DUNCAN AVE
City: CHATTANOOGA   State: TN   Zip: 37421
Birthdate: 5/11/1998   Sex: F

## Cardholder

(blank)

## Patient Authorization

I hereby authorize release of information to health care providers, institutions, and/or payers that may pertain to my illness and/or treatment received. I certify that the information I have reported with regard to my insurance coverage is correct, and I have received the pharmacist care/services rendered.

Patient Signature: X   Date: X

I hereby authorize my Pharmacy (in either case, "Pharmacy") to execute on my behalf any assignment of benefits documents required to permit to my insurer to make payment directly to Pharmacy or its assigns. I understand that any amounts not paid by insurer because of deductible clauses, lack of coverage or refusal to accept assignment of benefits shall be my responsibility.

Patient Signature: X   Date: X

## Prescription

| Medication Name | Price | Compounding fee |
|---|---|---|
| STRETCH-TRETINOIN/HYDROQUINONE/GLYCOLIC ACID/LACTIC ACID/ASCO | $11,025.21 | $0.00 |

| Prescription Number | Days Supply | Level of effort | Date Filled | Quantity Dispensed |
|---|---|---|---|---|
| Rx # 114358 | 30 | | 5/30/2014 | 240 GM |

| Dosage Form | Strength |
|---|---|
| CREAM | 0.05/5/2.5/2.5/1/1 % |

| Ingredients | NDC | Qty. | Ingredient Cost |
|---|---|---|---|
| HYDROQUINONE USP | 52372069604 | 12.000 GM | $159.60 |
| GLYCOLIC ACID 70% | 51927-2705-00 | 8.568 GM | $6.85 |
| LACTIC ACID USP (88.0-92.0%), L (+) | 51927-3110-00 | 6.720 GM | $4.10 |
| TRETINOIN USP (ALL TRANS- RETINOIC ACID) | 52372072904 | 0.120 GM | $20.88 |
| VITAMIN E ACETATE (DL) USP LIQUID (1 IU/MG) | 51927-1032-00 | 1.200 GM | $5.88 |
| ASCORBIC ACID USP FINE POWDER | 51927-1483-00 | 2.400 GM | $6.24 |
| BASE, PCCA PRACASIL (TM)- PLUS | 51927-4655-00 | 196.992 GM | $2,421.03 |
| FLUTICASONE PROPIONATE | 52372085802 | 2.400 GM | $8,400.00 |
| PROPYLENE GLYCOL USP | 62991-1292-02 | 12.000 ML | $0.41 |
| SODIUM HYDROXIDE NF (CAUSTIC SODA) | 51927-1237-00 | 2.400 ML | $0.46 |
| | | Total | $11,025.45 |

## Doctor

| Prescriber's Name | Prescriber's DEA | Prescriber's NPI |
|---|---|---|
| CANDACE CRAVEN | MC2443086 | 1114258746 |

DAW: 0 - No DAW

## Pharmacist Authorization

I hereby certify that the above compounded medication was ordered by the stated prescriber specifically for the stated patient. This medication is not commercially available in this formulation or dosage form. The compounding was done using the highest possible standards, pure chemicals or drugs and contemporary technology.

Because this prescription is compounded and not manufactured, an NDC number is not required for reimbursement.

Pharmacist Signature: X   Date: X 1/12/2015

# Universal Claim Form for a Compounded Medication
*Recognized by the International Academy of Compounding Pharmacists*

## Pharmacy Information
Willow Pharmacy Inc.
1519 HWY 22 W
Madisonville Center Suite 5
Madisonville, LA 70447
Phone: 877-558-7943

| Pharmacist's Name | Date |
|---|---|
| CAMPO, VINCENT | 5/30/2014 |

| Pharmacist's License # | NCPDP # | NPI |
|---|---|---|
| 13723 | 1936523 | 1649520859 |

Pharmacist's Signature: X
State ID #: 006595

## Patient
Name: BOWLING, EMMA
Telephone: (423)424-9653
Address: 1810 DUNCAN AVE
City: CHATTANOOGA   State: TN   Zip: 37421
Birthdate: 5/11/1998   Sex: F

## Cardholder
(blank)

## Patient Authorization
I hereby authorize release of information to health care providers, institutions, and/or payers that may pertain to my illness and/or treatment received. I certify that the information I have reported with regard to my insurance coverage is correct, and I have received the pharmacist care/services rendered.

Patient Signature: X   Date: X

I hereby authorize my Pharmacy (in either case, "Pharmacy") to execute on my behalf any assignment of benefits documents required to permit to my insurer to make payment directly to Pharmacy or its assigns. I understand that any amounts not paid by insurer because of deductible clauses, lack of coverage or refusal to accept assignment of benefits shall be my responsibility.

Patient Signature: X   Date: X

## Prescription

| Medication Name | Price | Compounding fee |
|---|---|---|
| STF -SALICYLIC ACID/TRETINOIN/FLUTICASONE 3/0.05/0.5 % CREAM | $6,922.66 | $0.00 |

| Prescription Number | Days Supply | Level of effort | Date Filled | Quantity Dispensed |
|---|---|---|---|---|
| Rx # 114359 | 30 | | 5/30/2014 | 240 GM |

Dosage Form: CREAM
Strength: 3/0.05/0.5 %

| Ingredients | NDC | Qty. | Ingredient Cost |
|---|---|---|---|
| TRETINOIN USP (ALL TRANS- RETINOIC ACID) | 52372072904 | 0.120 GM | $20.88 |
| BASE, PCCA PRACASIL (TM)- PLUS | 51927-4655-00 | 219.480 GM | $2,697.41 |
| FLUTICASONE PROPIONATE | 52372085802 | 1.200 GM | $4,200.00 |
| SALICYLIC ACID | 52372069103 | 7.200 GM | $3.96 |
| PROPYLENE GLYCOL USP | 62991-1292-02 | 12.000 GM | $0.41 |
| | | Total | $6,922.66 |

## Doctor
Prescriber's Name: CANDACE CRAVEN
Prescriber's DEA: MC2443086
Prescriber's NPI: 1114258746
DAW: 0 - No DAW

## Pharmacist Authorization
I hereby certify that the above compounded medication was ordered by the stated prescriber specifically for the stated patient. This medication is not commercially available in this formulation or dosage form. The compounding was done using the highest possible standards, pure chemicals or drugs and contemporary technology.

Because this prescription is compounded and not manufactured, an NDC number is not required for reimbursement.

Pharmacist Signature: X   Date: X 1/12/2015

*If you have difficulty in submitting this form or receiving payment from your insurance company, please contact us, your employer benefits manager, or the State Insurance Commissioner:*

# Universal Claim Form for a Compounded Medication
*Recognized by the International Academy of Compounding Pharmacists*

## Pharmacist

**Pharmacy Information**
Willow Pharmacy Inc.
1519 HWY 22 W
Madisonville Center Suite 5
Madisonville, LA 70447
Phone: 877-558-7943

**Pharmacist's Name:** CAMPO, VINCENT
**Pharmacist's License #:** 13723
**NCPDP #:** 1936523
**NPI:** 1649520859
**Date:** 5/30/2014
**Pharmacist's Signature:** X
**State ID #:** 006595

## Patient

**Name:** BOWLING, EMMA
**Telephone:** (423)424-9653
**Address:** 1810 DUNCAN AVE
**City:** CHATTANOOGA
**State:** TN
**Zip:** 37421
**Birthdate:** 5/11/1998
**Sex:** F
**Social Security/Subscriber I.D. No.:**

## Cardholder

**Name:**
**Telephone:**
**Address:**
**City:** **State:** **Zip:**
**Birthdate:** **Sex:** **Social Security/Subscriber I.D. No.:**
**Patient's Relationship to Cardholder:**
**Employer:** **Employer ID:**
**Group No.:** **Plan No.:**

## Patient Authorization

I hereby authorize release of information to health care providers, institutions, and/or payers that may pertain to my illness and/or treatment received. I certify that the information I have reported with regard to my insurance coverage is correct, and I have received the pharmacist care/services rendered.

X Patient Signature       X Date

I hereby authorize my Pharmacy (in either case, "Pharmacy") to execute on my behalf any assignment of benefits documents required to permit to my insurer to make payment directly to Pharmacy or its assigns. I understand that any amounts not paid by insurer because of deductible clauses, lack of coverage or refusal to accept assignment of benefits shall be my responsibility.

X Patient Signature       X Date

## Prescription

**Medication Name:** AA - TRETINOIN/ASCORBIC ACID/TEA TREE OIL/FLUTICASONE 0.1/1/5/0.25 Cl
**Price:** $4,798.15
**Compounding fee:** $0.00
**Prescription Number:** Rx # 114360
**Days Supply:** 30
**Level of effort:**
**Date Filled:** 5/30/2014
**Quantity Dispensed:** 240 GM
**Dosage Form:** CREAM
**Strength:** 0.1/1/5/0.25

### Ingredients

| Ingredient | NDC | Qty. | Ingredient Cost |
|---|---|---|---|
| TRETINOIN USP (ALL TRANS- RETINOIC ACID) | 52372072904 | 0.240 GM | $41.76 |
| BASE, PCCA PRACASIL (TM)- PLUS | 51927-4655-00 | 212.760 GM | $2,614.82 |
| FLUTICASONE PROPIONATE | 52372085802 | 0.600 GM | $2,100.00 |
| TEA TREE OIL (MELALEUCA ALTERNIFOLIA) | 51927-2416-00 | 12.000 GM | $35.16 |
| ASCORBIC ACID USP FINE POWDER | 51927-1483-00 | 2.400 GM | $6.24 |
| PROPYLENE GLYCOL USP | 62991-1292-02 | 12.000 ML | $0.41 |

**Total:** $4,798.39

## Doctor

**Prescriber's Name:** CANDACE CRAVEN
**Prescriber's DEA:** MC2443086
**Prescriber's NPI:** 1114258746
**DAW:** 0 - No DAW

## Pharmacist Authorization

I hereby certify that the above compounded medication was ordered by the stated prescriber specifically for the stated patient. This medication is not commercially available in this formulation or dosage form. The compounding was done using the highest possible standards, pure chemicals or drugs and contemporary technology.

Because this prescription is compounded and not manufactured, an NDC number is not required for reimbursement.

X Pharmacist Signature       X 1/12/2015 Date:

*If you have difficulty in submitting this form or receiving payment from your insurance company, please contact us, your employer benefits manager, or the State Insurance Commissioner:*

# Universal Claim Form for a Compounded Medication
*Recognized by the International Academy of Compounding Pharmacists*

## Pharmacist

| Pharmacy Information | | Pharmacist's Name | | Date |
|---|---|---|---|---|
| Willow Pharmacy Inc.<br>1519 HWY 22 W<br>Madisonville Center Suite 5<br>Madisonville, LA 70447 | Phone<br>877-558-7943 | CAMPO, VINCENT | | 5/30/2014 |
| | | Pharmacist's License #<br>13723 | NCPDP #<br>1936523 | NPI<br>1649520859 |
| | | Pharmacist's Signature<br>X | | State ID #<br>006595 |

## Patient / Cardholder

| Name<br>BOWLING, EMMA | Telephone<br>(423)424-9653 | Name | Telephone |
|---|---|---|---|
| Address<br>1810 DUNCAN AVE | | Address | |
| City<br>CHATTANOOGA | State TN  Zip 37421 | City | State  Zip |
| Birthdate<br>5/11/1998 | Sex F  SSN/Subscriber I.D. No. | Birthdate | Sex  SSN/Subscriber I.D. No. |
| Patient's Relationship to Cardholder | | Employer | Employer ID |
| | | Group No. | Plan No. |

### Patient Authorization

I hereby authorize release of information to health care providers, institutions, and/or payers that may pertain to my illness and/or treatment received. I certify that the information I have reported with regard to my insurance coverage is correct, and I have received the pharmacist care/services rendered.

X Patient Signature        X Date

I hereby authorize my Pharmacy (in either case, "Pharmacy") to execute on my behalf any assignment of benefits documents required to permit to my insurer to make payment directly to Pharmacy or its assigns. I understand that any amounts not paid by insurer because of deductible clauses, lack of coverage or refusal to accept assignment of benefits shall be my responsibility.

X Patient Signature        X Date

## Prescription

| Medication Name | | | Price | Compounding fee |
|---|---|---|---|---|
| S3FG6 FLUTICASONE/TRANILAST/LEVOCETIRIZINE/PENTOXIFYLLINE/GABA | | | $12,161.03 | $29.66 |
| Prescription Number<br>Rx # 114361 | Days Supply<br>30 | Level of effort | Date Filled<br>5/30/2014 | Quantity Dispensed<br>240 GM |
| Dosage Form<br>GEL | | | Strength<br>1/2/2/2/6/1% | |

| Ingredients | NDC | Qty. | Ingredient Cost |
|---|---|---|---|
| PENTOXIFYLLINE USP | 51927-4389-00 | 4.800 GM | $41.86 |
| BASE, PCCA PRACASIL (TM)- PLUS | 51927-4655-00 | 192.000 GM | $2,359.68 |
| FLUTICASONE PROPIONATE | 52372085802 | 2.400 GM | $8,400.00 |
| LEVOCETIRIZINE DIHYDROCHLORIDE | 52372069903 | 4.800 GM | $396.48 |
| GABAPENTIN USP | 52372091210 | 14.400 GM | $792.00 |
| TRANILAST | 51927-3178-00 | 4.800 GM | $48.72 |
| BUPIVACAINE HYDROCHLORIDE USP MONOHYDRATE | 52372-0882-03 | 2.400 GM | $92.14 |
| PROPYLENE GLYCOL USP | 62991-1292-02 | 14.400 GM | $0.49 |
| | | Total | $12,131.37 |

## Doctor

| Prescriber's Name<br>CANDACE CRAVEN | Prescriber's DEA<br>MC2443086 | Prescriber's NPI<br>1114258746 |
|---|---|---|
| | DAW:<br>0 - No DAW | |

### Pharmacist Authorization

I hereby certify that the above compounded medication was ordered by the stated prescriber specifically for the stated patient. This medication is not commercially available in this formulation or dosage form. The compounding was done using the highest possible standards, pure chemicals or drugs and contemporary technology.

Because this prescription is compounded and not manufactured, an NDC number is not required for reimbursement.

X Pharmacist Signature        X 1/12/2015 Date:

*If you have difficulty in submitting this form or receiving payment from your insurance company, please contact us, your employer benefits manager, or the State Insurance Commissioner:*