| BENE_DEERS | BENE_NAME | RX_NO | RF_NO | FILL_DT | ADJUD_DT | WRITE_DT | CHCK_DT | SBMT_INGRD_CST | CALC_INGRD_CST | PD_INGRED_CST | BILLED_AMT | PAID_AMT | PRESCRIBER | PHARMACY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1238742893 | LINZ, JOSHUA | 123176 | 0 | 9/10/2014 | 9/10/2014 | 9/8/2014 | 10012014 | $3,401.02 | $2,878.89 | $2,878.89 | $3,395.50 | $2,922.29 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123183 | 0 | 9/10/2014 | 9/10/2014 | 9/8/2014 | 10012014 | $13,037.57 | $10,371.09 | $10,371.09 | $12,220.92 | $10,414.49 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123178 | 0 | 9/11/2014 | 9/11/2014 | 9/8/2014 | 10012014 | $17,506.49 | $14,162.99 | $14,162.99 | $16,837.95 | $14,206.39 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123177 | 0 | 9/12/2014 | 9/12/2014 | 9/8/2014 | 10012014 | $17,516.93 | $13,703.05 | $13,703.05 | $16,308.61 | $13,746.45 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123176 | 1 | 10/10/2014 | 10/10/2014 | 9/8/2014 | 10292014 | $3,401.02 | $2,862.80 | $2,862.80 | $4,076.54 | $2,906.20 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123183 | 1 | 10/10/2014 | 10/10/2014 | 9/8/2014 | 10292014 | $7,381.70 | $10,333.93 | $7,321.30 | $13,223.89 | $7,364.70 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123177 | 1 | 10/14/2014 | 10/14/2014 | 9/8/2014 | 11122014 | $18,106.10 | $14,167.84 | $14,167.84 | $16,853.81 | $14,211.24 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123178 | 1 | 10/14/2014 | 10/14/2014 | 9/8/2014 | 11122014 | $17,940.41 | $14,227.91 | $14,227.91 | $16,914.29 | $14,271.31 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123176 | 2 | 10/29/2014 | 10/29/2014 | 9/8/2014 | 11262014 | $2,842.29 | $2,842.29 | $2,842.29 | $3,384.47 | $2,885.69 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123183 | 2 | 10/29/2014 | 10/29/2014 | 9/8/2014 | 11262014 | $7,381.70 | $5,479.11 | $5,479.11 | $7,383.43 | $5,522.51 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123177 | 2 | 11/7/2014 | 11/7/2014 | 9/8/2014 | 11262014 | $18,092.66 | $13,927.69 | $13,927.69 | $26,027.17 | $13,971.09 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123178 | 2 | 11/7/2014 | 11/7/2014 | 9/8/2014 | 11262014 | $17,945.23 | $14,305.16 | $14,305.16 | $17,005.69 | $14,348.56 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123176 | 3 | 11/17/2014 | 11/17/2014 | 9/8/2014 | 12102014 | $3,401.02 | $2,908.49 | $2,908.49 | $3,426.94 | $2,951.89 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123183 | 3 | 11/18/2014 | 11/18/2014 | 9/8/2014 | 12102014 | $7,381.70 | $5,426.85 | $5,426.85 | $7,201.69 | $5,470.25 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123177 | 3 | 12/1/2014 | 12/1/2014 | 9/8/2014 | 12242014 | $16,796.93 | $14,119.03 | $14,119.03 | $16,796.57 | $14,132.43 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123176 | 4 | 12/4/2014 | 12/4/2014 | 9/8/2014 | 12242014 | $3,818.98 | $2,930.83 | $2,930.83 | $30,980.40 | $2,944.23 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123183 | 4 | 12/5/2014 | 12/5/2014 | 9/8/2014 | 12242014 | $7,381.70 | $5,351.19 | $5,351.19 | $7,156.40 | $5,364.59 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123176 | 5 | 12/22/2014 | 12/22/2014 | 9/8/2014 | 1072015 | $3,786.46 | $2,930.83 | $2,930.83 | $30,980.40 | $2,944.23 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123183 | 5 | 12/22/2014 | 12/22/2014 | 9/8/2014 | 1072015 | $7,381.70 | $5,354.21 | $5,354.21 | $7,156.40 | $5,367.61 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123177 | 4 | 12/24/2014 | 12/24/2014 | 9/8/2014 | 1212015 | $18,092.66 | $14,001.16 | $14,001.16 | $16,684.27 | $14,014.56 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 123177 | 5 | 1/19/2015 | 1/19/2015 | 9/8/2014 | 2042015 | $18,092.66 | $13,631.38 | $13,631.38 | $16,208.81 | $13,644.78 | CRAVEN,MICHELE,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 131764 | 0 | 2/23/2015 | 2/23/2015 | 2/23/2015 | 3182015 | $3,112.78 | $2,396.50 | $2,396.50 | $2,820.86 | $2,406.90 | DOBSON,TONI,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 131766 | 0 | 2/23/2015 | 2/23/2015 | 2/23/2015 | 3182015 | $20,029.92 | $15,962.21 | $15,962.21 | $18,926.13 | $15,972.61 | DOBSON,TONI,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 131765 | 0 | 2/24/2015 | 2/24/2015 | 2/23/2015 | 3182015 | $9,980.50 | $6,503.84 | $6,503.84 | $7,651.86 | $6,514.24 | DOBSON,TONI,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 131767 | 0 | 2/24/2015 | 2/24/2015 | 2/23/2015 | 3182015 | $19,534.55 | $16,895.94 | $16,895.94 | $19,534.17 | $16,906.34 | DOBSON,TONI,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 131764 | 1 | 3/17/2015 | 3/17/2015 | 2/23/2015 | 4012015 | $3,428.17 | $2,407.16 | $2,407.16 | $2,871.39 | $2,417.56 | DOBSON,TONI,NP | FLORIDA PHARMACY SOLUTIONS |
| 1238742893 | LINZ, JOSHUA | 131765 | 1 | 3/20/2015 | 3/20/2015 | 2/23/2015 | 4152015 | $19,549.23 | $16,609.21 | $16,609.21 | $19,549.23 | $16,619.61 | DOBSON,TONI,NP | FLORIDA PHARMACY SOLUTIONS |
| | | | | | | | | | | | | $244,442.75 | | |

GOVERNMENT'S EXHIBIT

EXHIBIT NO. 213
1:18-CR-11