## Pain Creams

All pain creams are in a transdermal base formulated to maintain stability in the presence of high API percentages, solvents, and across a wide pH range.   It is petrolatum and paraben free.

### Pain 1

Used for Joint and shoulder pain, post-surgical pain, Fibromyalgia, Failed back syndrome, Anti-inflammatory, Rheumatoid arthritis, Osteoarthritis, Plantar Fasciitis, Tendonitis, Cervical and Lumbar Radiculopathy

Ingredients included:

- Ketamine
- Cascade Diclofenac
- Gabapentin
- Baclofen
- Cyclobenzaprine
- Bupivacaine

### Pain 2

Used for Musculoskeletal pain.

Ingredients included:

- Flurbiprofen
- Gabapentin
- Baclofen
- Cyclobenzaprine
- Bupivacaine

### Neuro pain 1

Used for Neuropathic pain and Trigeminal Neuralgia.

Ingredients included:

- Ketamine
- Gabapentin
- Clonidine
- Imipramine
- Nifedipine


DEFENDANT'S EXHIBIT
Hindmon 1a

- Bupivacaine

**Neuro 2**

Used for Neuropathic pain and Spasms, Musculoskeletal pain and inflammation, and TMJ.

Ingredients Included:

- Ketamine
- Gabapentin
- Amitriptyline
- Capsaicin
- Cascade Diclofenac
- Bupivacaine

**Scar and Skin Care Management**

**Base -** All Scar creams are in an anhydrous silicone gel vehicle formulated with antioxidants, emollient, and specialty ingredients.

**Scar 1**

Used for new and old Hypertrophic and Keloid scars.

- Fluticasone Propionate
- Tranilast
- Levocetirizine
- Pentoxifylline
- Gabapentin
- Bupivacaine

**Scar 2**

Used for burns and Post-surgical scars.

- Collagenase
- Hyaluronidase
- Fluticasone Propionate

**Skin**

Used for stretch marks.

- Trentinoin
- Hydroquinone
- Glycolic Acid

- Lactic Acid
- Ascorbic Acid
- Fluticasone Prop

**Wound Management**

- Gentamicin
- Mupirocin
- Phenytoin
- Pentoxifylline
- Nifedipine
- Fluticasone Propionate
- Itraconazole

**Psoriasis Treatments**

**Psoriasis Cream**

Ingredients Used:

- Methotrexate
- Fluticasone Propionate
- Vitamin D3
- Retinoic Acid
- Urea

**Psoriasis Shampoo**

Used for scalp psoriasis

Ingredients Used:

- Fluticasone Propionate
- Vitamin D3

**Headache Transdermal Cream**

Used for migraines and cluster headaches.

Ingredients Used:

- Ketamine
- Cascade Diclofenac
- Sumatriptan
- Gabapentin
- Tramadol
- Amitriptyline

- Indomethacin