UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:18-cr-11 |
| v. ) | |
| ) | Judges Mattice/ Steger |
| JERRY WAYNE WILKERSON, ) | |
| MICHAEL CHATFIELD, ) | |
| KASELY NICHOLSON, ) | |
| BILLY HINDMON, and ) | |
| JAYSON MONTGOMERY ) | |

## ORDER

Before the Court is the Unopposed Motion to Amend Conditions of Release [Doc. 581] filed by Defendant Michael Chatfield, seeking a modification of the conditions of his release to allow him to travel from Chattanooga, Tennessee, to Destin, Florida, from August 21, 2021, to August 28, 2021. The Motion is not opposed by the Government or Defendant's supervising officer. Having considered the matter, the Motion [Doc. 581] is **GRANTED**.

**SO ORDERED.**

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE