| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:18-cr-11 |
| JERRY WAYNE WILKERSON, MICHAEL CHATFIELD, KASEY NICHOLSON, BILLY HINDMON, and JAYSON MONTGOMERY | Judges Mattice/Steger |

## NOTICE OF FILING TRIAL EXHIBITS TO FACILITATE APPELLATE REVIEW AND COMPLY WITH 6 Cir. R. 28(a)(1)

The United States hereby files the following exhibits that were admitted into evidence during trial (*see generally* Docs. 269, 276, 292, 297, 308, 317, 342, 346, Exhibit and Witness Lists), so they will be electronically accessible to the Sixth Circuit Court of Appeals and bear PageID# references, as required by Sixth Circuit Rule 28(a)(1). I certify that the attached documents are accurate but redacted copies of the following exhibits admitted into evidence:

| | |
|---|---|
| Gov Ex. 46 | W.W. Soothe Agreement |
| Gov Ex. 224 | Summary of Claims re Striker Customers |
| Gov Ex. 503 | Email between WW, MC, BH, KG |
| Gov Ex. 528A | K.G. Text conversations with W.W. with HIGHLIGHTS |
| Gov Ex. 529 | W.W. Email re New Commission Structure |
| Gov Ex. 703 | PHI Pharmacy Claims Booker |
| Gov Ex. 704 | PHI Pharmacy Claims Hargrove |
| Gov Ex. 705 | PHI Pharmacy Claims Snyder |
| Gov Ex. 716 | Summary of Proceeds and Disbursements |
| Gov Ex. 1332 | Central Knowledgement & Agreement with W.W. |
| Gov Ex. 1333 | Central Independent Distributor Agreement |

| Gov Ex. 1908 | Saddle Up Email from W.W. |
| Gov Ex. 2609 | A.S. Email re New Script Pad |
| Gov Ex. 2612 | A.S. Email re Report |
| Gov Ex. 2614 | A.S. Email re The Consent Form |

Respectfully submitted,

Francis M. Hamilton III
Acting United States Attorney

By:   *s/ Perry H. Piper*
Perry H. Piper
Assistant United States Attorney
BPR #013384
Perry.Piper@usdoj.gov
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140